UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| **PUBLIC INTEREST LEGAL FOUNDATION, INC.** <br><br> *Plaintiff,* <br><br> **HOWARD M KNAPP**, in his official capacity as Executive Director of the South Carolina Election Commission, <br><br> *Defendant.* | Case No. 3:24-1276=JFA |

**PLAINTIFF'S ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES**

Plaintiff Public Interest Legal Foundation (the "Foundation"), by its attorneys, hereby provides the following answers to the Court's Rule 26.01 Interrogatories:

A.　State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

　　**ANSWER**:　None

B.　As to each claim, state whether it should be tried jury or nonjury and why.

　　**ANSWER**:　Non-jury. Only declaratory and equitable relief is sought.

C.　State whether the party submitting these responses is a publicly owned company and separately identify (1) any parent corporation and any publicly held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly owned company of which it is a parent; and (3) each publicly owned company in which the party owns ten percent (10%) or more of the outstanding shares.

1

        **ANSWER**:       Plaintiff is not a publicly owned company and is a non-profit 501(C)(3) organization.

D.      State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). *See* Local Civ. Rule 3.01 (D.S.C.).

        **ANSWER**:       Defendant Knapp is sued in his official capacity only as the Executive Director of the South Carolina Elections Commission, located within the district where a substantial part of the events or omissions giving rise to the claim occurred.

E.      Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

        **ANSWER**:       No

Dated: March 18, 2024

For the Plaintiff Public Interest Legal Foundation
s/ *Richard L. Bolen*
Richard L. Bolen

The Bolen Law Firm
10 Old Cherokee Rd.
Lexington, SC. 29072
(803) 490-9003
blf@bolenlawfirm.com
Maureen S. Riordan** (NY Bar No. 2058840
Noel H. Johnson**(Federal Bar ID 22-297)
PUBLIC INTEREST LEGAL FOUNDATION, INC.
107 S. West Street, Suite 700
Alexandria, VA 22314
Tel. (703) 745-5870
Fax: (888) 815-5641
mriordan@publicinterestlegal.org
njohnson@PublicInterestLegal.org
**Application for admission forthcoming
*Attorneys for Plaintiff Public Interest Legal Foundation*