| Date | Person | Comment | Gross Hours | Adjusted Hours | Rate | Gross Billing Amount | Adjusted Billing Amount |
|---|---|---|---|---|---|---|---|
| 3/12/2024 | J. Christian Adams | Review of complaint. Discussion with team. Discussion with local counsel about filing complaint. | 0.7 | 0.7 | $550 | $385 | $385 |
| 3/13/2024 | J. Christian Adams | Review of complaint. Discussion with team about case. | 0.5 | 0.5 | $550 | $275 | $275 |
| 3/13/2024 | J. Christian Adams | Preparation of complaint. | 0.6 | 0.6 | $550 | $330 | $330 |
| 3/13/2024 | J. Christian Adams | Discussion of complaint filing and local counsel. | 0.2 | 0.2 | $550 | $110 | $110 |
| 3/14/2024 | J. Christian Adams | Discussion about filing. Conversation with local counsel. | 0.4 | 0.4 | $550 | $220 | $220 |
| 3/20/2024 | J. Christian Adams | Discussion of service and supremacy clause with team about state lawsuit vs PILF. | 0.2 | 0.2 | $550 | $110 | $110 |
| 3/21/2024 | J. Christian Adams | Discussion of service. Discussion about state abstention. | 0.2 | 0.0 | $550 | $110 | $0 |
| 4/12/2024 | J. Christian Adams | Review of defendant answer | 0.4 | 0.4 | $550 | $220 | $220 |
| 4/15/2024 | J. Christian Adams | Re-review of answer by Knapp. Review of caselaw on scope of NVRA. Email to attorney team about flimsy nature of defendant's answer and seemingly lack of awareness of overwhelming authority opposing their pleading. Discussion about opposing counsel bringing weaker claims and use taxpayer dollars. Discussion how best to approach case and potential discussions with South Carolina officials about defendant's positions in an effort to resolve case quickly without further litigation. | 2.1 | 2.1 | $550 | $1,155 | $1,155 |
| 4/16/2024 | J. Christian Adams | Discussing of court hearing. | 0.2 | 0.2 | $550 | $110 | $110 |
| 4/29/2024 | J. Christian Adams | Pro Hac Vice application for JCA. | 0.3 | 0.0 | $550 | $165 | $0 |
| 4/30/2024 | J. Christian Adams | Conference with team about court hearing in case. Discussion of other cases. Discussion about discovery. Discussion about opposing counsel representations. | 0.7 | 0.7 | $550 | $385 | $385 |
| 5/6/2024 | J. Christian Adams | Travel back and forth to South Carolina for status conference. | 5.0 | 5.0 | $550 | $2,750 | $2,750 |
| 5/6/2024 | J. Christian Adams | Chambers status conference meeting on schedule. | 1.0 | 1.0 | $550 | $550 | $550 |
| 5/6/2024 | J. Christian Adams | Preparation for conference. Printing and review of 4th and 1st Circuit caselaw. | 2.0 | 2.0 | $550 | $1,100 | $1,100 |
| 5/7/2024 | J. Christian Adams | Discussion of conference with cocounsel. As well as next steps including preparation of stipulations. | 0.2 | 0.2 | $550 | $110 | $110 |
| 5/9/2024 | J. Christian Adams | Review and development of factual stipulations. | 0.7 | 0.7 | $550 | $385 | $385 |
| 6/12/2024 | J. Christian Adams | Review of final summary judgment briefing. Editing of briefing. Review of 4CA Project Vote case. Review of USDC Project Vote 12b6 and Summ. J cases. | 2.2 | 2.2 | $550 | $1,210 | $1,210 |
| 6/12/2024 | J. Christian Adams | Conversation with team (RB, JN, MR, RM) about need for motion for summary j and import of checking local rule. | 0.2 | 0.2 | $550 | $110 | $110 |

| Date | Attorney | Description | Hours | Hours | Rate | Amount | Amount |
|---|---|---|---|---|---|---|---|
| 7/13/2024 | J. Christian Adams | Review of defendant summary judgment arguments. Sketch of responses on each point. | 1.4 | 1.4 | $550 | $770 | $770 |
| 7/16/2024 | J. Christian Adams | Discussion with team about response. | 0.9 | 0.9 | $550 | $495 | $495 |
| 7/22/2024 | J. Christian Adams | Review of proposed summary judg. response and draft. | 1.5 | 1.5 | $550 | $825 | $825 |
| 7/23/2024 | J. Christian Adams | Edits to summary judgment response and cross motion. | 3.0 | 3.0 | $550 | $1,650 | $1,650 |
| 7/25/2024 | J. Christian Adams | Edit of summary judgment brief. Email with team about changes. Phone discussion with JN about brief. | 0.7 | 0.7 | $550 | $385 | $385 |
| 8/9/2024 | J. Christian Adams | Review of defendant reply to response to motion/cross motion for summary j. | 0.8 | 0.8 | $550 | $440 | $440 |
| 8/12/2024 | J. Christian Adams | Discussion about arguments with cocounsel. Review of record. | 0.4 | 0.4 | $550 | $220 | $220 |
| 8/14/2024 | J. Christian Adams | Argument preparation. | 2.0 | 2.0 | $550 | $1,100 | $1,100 |
| 8/15/2024 | J. Christian Adams | Preparation for hearing. | 3.5 | 3.5 | $550 | $1,925 | $1,925 |
| 8/16/2024 | J. Christian Adams | Review of all pleadings. Review of cases. Planning documents for arguments. Development of podium documents for hearing. | 6.4 | 6.4 | $550 | $3,520 | $3,520 |
| 8/19/2024 | J. Christian Adams | Order moving hearing. Discussion with team. | 0.1 | 0.1 | $550 | $55 | $55 |
| 8/21/2024 | J. Christian Adams | Notice of new hearing date. Discussion with team. Travel arrangement. | 0.1 | 0.1 | $550 | $55 | $55 |
| 9/3/2024 | J. Christian Adams | Review of First and Fourth Circuit cases. Preparation of notes for argument. Review of preemption. | 5.2 | 5.2 | $550 | $2,860 | $2,860 |
| 9/5/2024 | J. Christian Adams | Preparation for summary judgment arguments. Email to cocounsel about moots. Review of cases and preparation of podium materials. Research into local rules regarding argument if any. | 5.4 | 5.4 | $550 | $2,970 | $2,970 |
| 9/6/2024 | J. Christian Adams | Review of cases and preparation for summary judgment arguments. Preparation of podium materials and pull quotes from all key NVRA cases. Preparation for arguments. | 6.5 | 6.5 | $550 | $3,575 | $3,575 |
| 9/8/2024 | J. Christian Adams | Review of defendant argument. Reading of cases: Pulliam, Worden, Colon, Kemp, Common Cause, Condon v Reno, Hoseman, H and R Block, Fusaro v. Howard. Preparation of rebuttal materials for summary j arguments. | 4.8 | 4.8 | $550 | $2,640 | $2,640 |
| 9/11/2024 | J. Christian Adams | Preparation of podium notes for argument. | 0.2 | 0.2 | $550 | $110 | $110 |
| 9/13/2024 | J. Christian Adams | Preparation for arguments. Mooting sessions with lawyers. | 7.3 | 7.3 | $550 | $4,015 | $4,015 |
| 9/15/2024 | J. Christian Adams | Preparation for argument. Note review. | 1.0 | 1.0 | $550 | $550 | $550 |
| 9/15/2024 | J. Christian Adams | Travel to SC for hearing. | 2.0 | 2.0 | $550 | $1,100 | $1,100 |

| Date | Name | Description | Hours | Billed | Rate | Amount | Total |
|---|---|---|---|---|---|---|---|
| 9/16/2024 | J. Christian Adams | Discussion with SC Deputy AG about appeal of summary judgment ruling. | 0.2 | 0.2 | $550 | $110 | $110 |
| 9/16/2024 | J. Christian Adams | Meeting with team to practice argument. | 2.0 | 2.0 | $550 | $1,100 | $1,100 |
| 9/16/2024 | J. Christian Adams | Court hearing on Summary Judgment in case. | 1.0 | 1.0 | $550 | $550 | $550 |
| 9/16/2024 | J. Christian Adams | Travel from Washington D.C. to Alexandria, Va. | 1.4 | 0.0 | $550 | $770 | $0 |
| 9/17/2024 | J. Christian Adams | Discussion of summary judgment ruling with team and next steps in litigation. | 0.2 | 0.2 | $550 | $110 | $110 |
| 9/18/2024 | J. Christian Adams | Review of summary judgment order. Discussion with team about order. | 0.5 | 0.5 | $550 | $275 | $275 |
| 3/3/2024 | Joseph Nixon | work on removal petition | 3.1 | 3.1 | $550 | $1,705 | $1,705 |
| 3/4/2024 | Joseph Nixon | finalize removal petition and prepare notice of appeal | 2.2 | 2.2 | $550 | $1,210 | $1,210 |
| 3/14/2024 | Joseph Nixon | receipt and review of complaint and exhibits; amend draft removal petition, discuss legal strategy with legal team | 3.3 | 3.3 | $550 | $1,815 | $1,815 |
| 3/19/2024 | Joseph Nixon | file removal petition in federal court and notice of appeal in state court | 1.2 | 1.2 | $550 | $660 | $660 |
| 4/11/2024 | Joseph Nixon | receipt and review of Knapp answer and discuss same with legal team | 1.2 | 1.2 | $550 | $660 | $660 |
| 4/15/2024 | Joseph Nixon | receipt of order setting rule 16 scheduling conference and work with Riorden on complying with order | 0.0 | 0.0 | $550 | $0 | $0 |
| 5/2/2024 | Joseph Nixon | work with Christian and Maureen on preparing for the scheduling conference and address issues in case. | 1.4 | 1.4 | $550 | $770 | $770 |
| 5/7/2024 | Joseph Nixon | debriefing re scheduling order and dismissal of state court removed action; inform on summary judgment schedule and issues. | 0.8 | 0.8 | $550 | $440 | $440 |
| 5/8/2024 | Joseph Nixon | work with Maureen on stipulations of fact | 2.0 | 0.0 | $550 | $1,100 | $0 |
| 5/10/2024 | Joseph Nixon | review and approve stipulations of fact with Maureen and Noel before filing. | 1.5 | 0.0 | $550 | $825 | $0 |
| 7/16/2024 | Joseph Nixon | work on response to D's cross motion | 3.0 | 3.0 | $550 | $1,650 | $1,650 |
| 7/18/2024 | Joseph Nixon | work on draft response to D's cross motion | 7.2 | 7.2 | $550 | $3,960 | $3,960 |
| 7/19/2024 | Joseph Nixon | work on response to D's cross motion | 3.5 | 3.5 | $550 | $1,925 | $1,925 |
| 7/22/2024 | Joseph Nixon | work on response to D's cross motion | 2.0 | 2.0 | $550 | $1,100 | $1,100 |
| 7/24/2024 | Joseph Nixon | work on and finalize response to D's cross motion | 3.5 | 3.5 | $550 | $1,925 | $1,925 |
| 8/12/2024 | Joseph Nixon | read and outline D's reply and develop points to discuss at oral hearing | 2.5 | 2.5 | $550 | $1,375 | $1,375 |
| 8/15/2024 | Joseph Nixon | discuss case with legal team and work on points to clarify and develop at oral argument | 3.0 | 3.0 | $550 | $1,650 | $1,650 |
| 9/9/2024 | Joseph Nixon | moot court oral argument with Christian and Maureen | 8.0 | 4.0 | $550 | $4,400 | $2,200 |
| 9/13/2024 | Joseph Nixon | formal moot court with Christian and legal team. Discuss strategy on handling several issues and practice Q & A. | 3.5 | 3.5 | $550 | $1,925 | $1,925 |

| Date | Name | Description | | | | | |
|---|---|---|---|---|---|---|---|
| 9/16/2024 | Joseph Nixon | travel to and from Columbia, SC for summary judgment hearing (8.0) help prepare Christian for oral argument (2.2). | 10.2 | 2.0 | $550 | $5,610 | $1,100 |
| 9/17/2024 | Joseph Nixon | debrief case with legal team | 0.8 | 0.0 | $550 | $440 | $0 |
| 3/13/2024 | Kaylan Phillips | Format complaint | 0.7 | 0.0 | $550 | $385 | $0 |
| 8/19/2024 | Kaylan Phillips | C with NHJ re: SJ arguments (several phone calls). Emails re: same. | 0.6 | 0.0 | $550 | $330 | $0 |
| 9/18/2024 | Kaylan Phillips | Create preliminary report of time entries. Circulate. | 0.2 | 0.0 | $550 | $110 | $0 |
| 9/18/2024 | Kaylan Phillips | C with MR re: fee petition needs. Emails re: same. Review affidavits from other cases. | 0.2 | 0,0 | $550 | $110 | $0 |
| 9/23/2024 | Kaylan Phillips | C with MR re: fee petition needs. Research re: same. | 0.2 | 0.0 | $550 | $110 | $0 |
| 3/26/2024 | Marshall Makk | Draft Removal Documents for State Court Action. | 2.1 | 2.1 | $200 | $420 | $420 |
| 3/27/2024 | Marshall Makk | Draft Removal Documents for State Court Action. | 2.8 | 2.8 | $200 | $560 | $560 |
| 3/29/2024 | Marshall Makk | Edit Notice of Removal. | 2.2 | 2.2 | $200 | $440 | $440 |
| 5/28/2024 | Marshall Makk | Add citations and quotes to Motion for Summary Judgment. | 4.0 | 4.0 | $200 | $800 | $800 |
| 5/29/2024 | Marshall Makk | Update citations in Motion for Summary Judgment. | 0.2 | 0.2 | $200 | $40 | $40 |
| 7/20/2024 | Marshall Makk | Create Table of Contents and Authorities and edit Summary Judgment motion. | 2.1 | 2.1 | $200 | $420 | $420 |
| 3/12/2024 | Maureen Riordan | Draft complaint | 4.0 | 4.0 | $550 | $2,200 | $2,200 |
| 3/13/2024 | Maureen Riordan | email with Noel☐<br>email with Logan re exhibits☐<br>email with Christian re timing of complaint | 0.1 | 0,1 | $550 | $55 | $55 |
| 3/14/2024 | Maureen Riordan | phone call with local counsel | 0.5 | 0.5 | $550 | $275 | $275 |
| 3/14/2024 | Maureen Riordan | phone call with local counsel re filing today | 0.2 | 0.2 | $550 | $110 | $110 |
| 3/15/2024 | Maureen Riordan | Preparation for service of summons and hiring of process server | 0.5 | 0.5 | $550 | $275 | $275 |
| 3/15/2024 | Maureen Riordan | Preparation of Mandatory Disclosures for filing | 1.0 | 1.0 | $550 | $550 | $550 |
| 3/20/2024 | Maureen Riordan | Discussion of Service and Supremacy Clause | 0.2 | 0.2 | $550 | $110 | $110 |
| 3/27/2024 | Maureen Riordan | Review of Motion to Remove State matter | 0.5 | 0.5 | $550 | $275 | $275 |
| 4/24/2024 | Maureen Riordan | Preparation of Joint stipulations | 2.0 | 0.0 | $550 | $1,100 | $0 |
| 4/25/2024 | Maureen Riordan | Preparation of Joint stipulations | 4.5 | 0.0 | $550 | $2,475 | $0 |
| 4/26/2024 | Maureen Riordan | Finalization of Joint Stipulations | 2.5 | 2.5 | $550 | $1,375 | $1,375 |
| 4/30/2024 | Maureen Riordan | Discussion in preparation for JCA's appearance on May 6 in the SCDC. | 0.7 | 0.4 | $550 | $385 | $220 |
| 5/3/2024 | Maureen Riordan | Pre Rule 26 Telephone conference | 0.5 | 0.5 | $550 | $275 | $275 |
| 5/6/2024 | Maureen Riordan | Phone calls with JCA and Local counsel Rich Bolen re Rule 26 conference update. | 0.1 | 0.0 | $550 | $55 | $0 |
| 6/4/2024 | Maureen Riordan | writing SJ | 3.0 | 3.0 | $550 | $1,650 | $1,650 |
| 6/7/2024 | Maureen Riordan | Continue Research on Project Vote and Pilf v NCBOE | 2.0 | 1.0 | $550 | $1,100 | $550 |

| Date | Name | Description | Hours | Hours | Rate | Amount | Amount |
|---|---|---|---|---|---|---|---|
| 6/8/2024 | Maureen Riordan | Preparing Final draft of Sj Motion | 5.0 | 5.0 | $550 | $2,750 | $2,750 |
| 6/10/2024 | Maureen Riordan | Discussion with Joe re edits on SJ motion and continued editing | 2.0 | 2.0 | $550 | $1,100 | $1,100 |
| 6/11/2024 | Maureen Riordan | Preparing of separate Motion for SJ memo | 1.0 | 1.0 | $550 | $550 | $550 |
| 6/11/2024 | Maureen Riordan | Continued editing of SJ motion | 3.0 | 3.0 | $550 | $1,650 | $1,650 |
| 6/12/2024 | Maureen Riordan | Preparation of Certificate of Service and emailing documents to local counsel for filing. | 0.2 | 0.2 | $550 | $110 | $110 |
| 6/12/2024 | Maureen Riordan | Final edits on separate Motion | 0.5 | 0.5 | $550 | $275 | $275 |
| 7/13/2024 | Maureen Riordan | Review of Defendant's Motion and Legal research | 3.0 | 3.0 | $550 | $1,650 | $1,650 |
| 7/17/2024 | Maureen Riordan | Discussion with Joe Nixon re Reply to Def. SJ. Preparation of information for brief | 1.5 | 1.5 | $550 | $825 | $825 |
| 7/18/2024 | Maureen Riordan | Writing Reply to SJ | 3.5 | 3.5 | $550 | $1,925 | $1,925 |
| 7/19/2024 | Maureen Riordan | Drafting response to Motion for SJ | 2.0 | 2.0 | $550 | $1,100 | $1,100 |
| 8/5/2024 | Maureen Riordan | Preparation of Cases for Oral argument | 2.2 | 2.2 | $550 | $1,210 | $1,210 |
| 8/12/2024 | Maureen Riordan | Preparation of Document for Oral Argument | 1.0 | 1.0 | $550 | $550 | $550 |
| 8/12/2024 | Maureen Riordan | Planning meeting with JCA re Oral Argument | 0.5 | 0.5 | $550 | $275 | $275 |
| 8/13/2024 | Maureen Riordan | Preparation of document for Oral Argument | 2.0 | 2.0 | $550 | $1,100 | $1,100 |
| 9/9/2024 | Maureen Riordan | Travel to and participation with Christian and Joe Nixon for Moot practice for SC Oral argument to be held on 9.16/24. | 8.0 | 4.0 | $550 | $4,400 | $2,200 |
| 9/12/2024 | Maureen Riordan | Moot preparation for upcoming oral argument | 3.0 | 3.0 | $550 | $1,650 | $1,650 |
| 9/13/2024 | Maureen Riordan | Moot Court and travel | 5.0 | 5.0 | $550 | $2,750 | $2,750 |
| 9/15/2024 | Maureen Riordan | Travel to South Carolina for Argument on Monday 9/16 | 8.0 | 4.0 | $550 | $4,400 | $2,200 |
| 9/16/2024 | Maureen Riordan | Pre argument prep in Hotel prior to Argument | 2.0 | 2.0 | $550 | $1,100 | $1,100 |
| 9/17/2024 | Maureen Riordan | Fee Research for columbia SC petitions | 7.0 | 7.0 | $550 | $3,850 | $3,850 |
| 9/18/2024 | Maureen Riordan | Email and Phone call to Mr. Strach re request for attorney affidavit for fee petition. Email to Rich Bolen requesting call re local fee schedule. | 0.3 | 0.3 | $550 | $165 | $165 |
| 9/18/2024 | Maureen Riordan | Preparation of Introduction to Affidavit for fees. | 2.0 | 2.0 | $550 | $1,100 | $1,100 |
| 9/18/2024 | Maureen Riordan | Preparation of Nobile Affidavit for fee petition | 3.0 | 3.0 | $550 | $1,650 | $1,650 |
| 9/18/2024 | Maureen Riordan | Lexis Research regarding fee assessment in 4th Circuit. | 3.0 | 3.0 | $550 | $1,650 | $1,650 |
| 9/22/2024 | Maureen Riordan | Writing and editing my affidavit | 0.5 | 0.5 | $550 | $275 | $275 |
| 9/22/2024 | Maureen Riordan | Research regarding the USAO Matrix for attorney fees required for fee petition, including similar fee petitions under the NVRA in the 4th Circuit. | 2.0 | 2.0 | $550 | $1,100 | $1,100 |
| 3/12/2024 | Noel Johnson | PCs with team re: complaint | 0.5 | 0.5 | $550 | $275 | $275 |
| 3/13/2024 | Noel Johnson | Research for complaint; emails with MR re: same | 0.1 | 0.1 | $550 | $55 | $55 |
| 3/13/2024 | Noel Johnson | Work on civil cover sheet; email re: same | 0.1 | 0.0 | $550 | $55 | $0 |
| 3/13/2024 | Noel Johnson | Review/revise draft complaint | 0.7 | 0.7 | $550 | $385 | $385 |

| Date | Person | Description | Gross Hours | Adjusted Hours | Rate | Gross Billing | Adjusted Billing |
|---|---|---|---|---|---|---|---|
| 3/29/2024 | Noel Johnson | Review draft motion for removal to federal court; email re: same | 0.1 | 0.1 | $550 | $55 | $55 |
| 4/1/2024 | Noel Johnson | Review/revise draft notice of removal | 0.5 | 0.5 | $550 | $275 | $275 |
| 4/17/2024 | Noel Johnson | 26(f) conference with opposing counsel | 0.4 | 0.4 | $550 | $220 | $220 |
| 4/17/2024 | Noel Johnson | PC with MR/JN re: 26(f) conference and factual stipulations | 0.3 | 0.3 | $550 | $165 | $165 |
| 4/17/2024 | Noel Johnson | Zoom with JN/MR/RB to prep for 26(f) conference | 0.4 | 0.4 | $550 | $220 | $220 |
| 4/25/2024 | Noel Johnson | PC with MR re: edits to draft fact stipulations | 0.6 | 0.6 | $550 | $330 | $330 |
| 4/25/2024 | Noel Johnson | Review/edit MR's draft fact stipulations | 0.8 | 0.8 | $550 | $440 | $440 |
| 4/26/2024 | Noel Johnson | Review/edit MR's revised draft fact stipulations | 0.6 | 0.6 | $550 | $330 | $330 |
| 7/16/2024 | Noel Johnson | PC with team to discuss summary judgment reply | 0.8 | 0.8 | $550 | $440 | $440 |
| 7/25/2024 | Noel Johnson | Review/edit summary judgment response/reply | 1.1 | 1.1 | $550 | $605 | $605 |
| 8/19/2024 | Noel Johnson | Prep to JCA's moot court | 0.5 | 0.5 | $550 | $275 | $275 |
| 8/19/2024 | Noel Johnson | PC with JCA/MR/JN to prep for SJ argument | 1.6 | 1.6 | $550 | $880 | $880 |
| 9/9/2024 | Noel Johnson | Gather information for pro hac motion; draft same | 0.4 | 0.0 | $550 | $220 | $0 |
| 9/12/2024 | Noel Johnson | Review case filings; prepare questions for moot | 1.5 | 1.5 | $550 | $825 | $825 |
| 9/13/2024 | Noel Johnson | Continue reviewing case filings; prepare questions for moot | 0.5 | 0.5 | $550 | $275 | $275 |
| 9/16/2024 | Noel Johnson | Attend SJ motion hearing | 1.5 | 1.5 | $550 | $825 | $825 |
| 9/16/2024 | Noel Johnson | Hearing prep with JCA for SJ motion hearing | 1.0 | 1.0 | $550 | $550 | $550 |
| 9/16/2024 | Noel Johnson | Travel back to IND (SJ hearing) | 3.5 | 3.5 | $550 | $1,925 | $1,925 |
| 9/12/2024 | Samuel Swanson | Standing Research | 2.0 | 2.0 | $200 | $400 | $400 |
| 9/13/2024 | Samuel Swanson | Moot | 3.0 | 3.0 | $200 | $600 | $600 |
| 9/15/2024 | Samuel Swanson | Travel | 2.0 | 0.0 | $200 | $400 | $0 |
| 9/16/2024 | Samuel Swanson | Travel to DC | 2.0 | 0.0 | $200 | $400 | $0 |
| 9/17/2024 | Samuel Swanson | Fee Research | 2.4 | 2.4 | $200 | $480 | $480 |

## Totals

| Person | Gross Hours | Adjusted Hours | Rate | Gross Billing Amount | Adjusted Billing Amount |
|---|---|---|---|---|---|
| J. Christian Adams | 76.3 | 74.4 | $550 | $41,965 | $40,920 |
| Joseph Nixon | 63.9 | 47.4 | $550 | $35,145 | $26,070 |
| Kaylan Phillips | 1.9 | 0.0 | $550 | $1,045 | $0 |
| Marshall Makk | 13.4 | 13.4 | $200 | $2,680 | $2,680 |
| Maureen Riordan | 93.5 | 77.5 | $550 | $51,425 | $42,625 |
| Noel Johnson | 17.5 | 17.0 | $550 | $9,625 | $9,350 |
| Samuel Swanson | 11.4 | 7.4 | $200 | $2,280 | $1,480 |
| **Grand Total** | 278 | 237 | | $144,165 | $123,125 |