| Date | Person/Entity | Comment | Gross Amount | Adjusted Amount |
|---|---|---|---:|---:|
| 6/14/2024 | J. Christian Adams | Travel- Airfare | 347.95 | 347.95 |
| 4/30/2024 | J. Christian Adams | Travel- Airfare | 146.99 | 146.99 |
| 5/1/2024 | J. Christian Adams | Travel- Transport | 71.91 | 71.91 |
| 5/1/2024 | J. Christian Adams | Travel- Transport | 42.36 | 42.36 |
| 5/1/2024 | J. Christian Adams | Travel- Transport | 12.86 | 12.86 |
| 8/15/2024 | J. Christian Adams | Travel- Airfare | 101.01 | 101.01 |
| 9/15/2024 | Maureen Riordan | Travel- Airfare | 700.95 | 700.95 |
| 3/15/2024 | Maureen Riordan | South Carolina Service of Summons on Defendant Fee | 95 | 95 |
| 9/16/2024 | Maureen Riordan | Travel- Transport | 11.76 | 0 |
| 9/15/2024 | Maureen Riordan | Travel- Food/Drink | 31 | 0 |
| 9/15/2024 | Maureen Riordan | Travel- Food/Drink | 29.7 | 0 |
| 9/16/2024 | Maureen Riordan | Travel- Food/Drink | 20 | 0 |
| 9/16/2024 | Maureen Riordan | Travel- Food/Drink | 26.94 | 0 |
| 9/15/2024 | Maureen Riordan | Travel- Parking | 40 | 40 |
| 9/16/2024 | Samuel Swanson | Travel- Airfare | 578.94 | 578.94 |
| 9/16/2024 | Samuel Swanson | Travel- Transport | 30.48 | 30.48 |
| 9/16/2024 | Samuel Swanson | Travel- Hotel | 186.2 | 186.2 |
| 9/16/2024 | Samuel Swanson | Travel- Food/Drink | 15.87 | 0 |
| 9/11/2024 | Noel H. Johnson | Travel for SC Moot- Airfare | 448.47 | 448.47 |
| 9/11/2024 | Noel H. Johnson | Travel for SC Moot- Hotel | 686.8 | 686.8 |
| 9/11/2024 | Noel H. Johnson | Travel for SC Moot- Parking | 10 | 10 |
| 9/13/2024 | Noel H. Johnson | Travel for SC Moot- Food/Drink | 72.28 | 0 |
| 9/15/2024 | Noel H. Johnson | Travel for SC Argument- Airfare | 758.94 | 758.94 |
| 9/15/2024 | Noel H. Johnson | Travel for SC Argument- Hotel | 155.37 | 155.37 |
| 9/15/2024 | Noel H. Johnson | Travel for SC Argument- Parking | 92 | 92 |
| 9/16/2024 | Noel H. Johnson | Travel for SC Argument- Food/Drink | 48.5 | 0 |
| 9/11/2024 | Joseph Nixon | Travel for SC Argument- Transport | 41.1 | 0 |
| 9/16/2024 | Joseph Nixon | Travel for SC Argument- Food/Drink | 17.98 | 0 |
| 9/16/2024 | Joseph Nixon | Travel for SC Argument- Transport | 114.93 | 114.93 |
| 3/14/2024 | Richard Bolen | Complaint Filing Fee | 405 | 405 |
| 9/15/2024 | Richard Bolen | Noel PHV Application | 350 | 0 |
| 4/16/2024 | Richard Bolen | Maureen PHV Application | 350 | 0 |
| 4/29/2024 | Richard Bolen | Christian PHV Application | 350 | 0 |
| 9/15/2024 | Maureen Riordan | Hotel for SC Argument | 252.54 | 252.54 |
| 9/15/2024 | Maureen Riordan | Transportation | 43.92 | 43.92 |
| | | total | 6,687.75 | 5,322.62 |