| | | | | |
|---|---|---|---|---|
| Apr 29 | Apr 30 | BIBERK INSURANCE WILKES BARRE PA | 269 | $269.00 |
| Apr 30 | May 01 | AMERICAN  0012137257169 FORT WORTH TX<br>ADAMS/JOHN 05/05/2024 DCA   CAE   DCA<br>Agency: AAL #0012137257169 | 294 | $146.99 |
| May 01 | May 02 | AA WIFI Fort Worth TX | 32 | $16.00 |
| May 01 | May 02 | UBER   TRIP 8005928996 CA | 72 | $71.91 |
| May 01 | May 02 | UBER   TRIP 8005928996 CA | 42 | $42.36 |
| May 01 | May 02 | UBER   TRIP 8005928996 CA | 13 | $12.86 |

▶ continued on page 5

JOHN C ADAMS                    |Account Ending 4669  |Statement Period 07/22/24 - 08/21/24    Page 5 of 12

| Transaction Date | Posting Date | Description | Miles | Amount |
| --- | --- | --- | --- | --- |
| Aug 07 | Aug 09 | THE PFISTER F&B MILWAUKEE WI | 31 | $31.47 |
| Aug 08 | Aug 09 | UBER   TRIP 8005928996 CA | 35 | $35.19 |
| Aug 08 | Aug 09 | UBER   TRIP 8005928996 CA | 28 | $27.63 |
| | | BROOKLAN WASHINGTON DC | | |
| Aug 15 | Aug 16 | AMERICAN  0012168407559 FORT WORTH TX<br>ADAMS/JOHN 08/25/2024 DCA  CAE  DCA<br>Agency: AAL #0012168407559 | 202 | $101.01 |
| | Aug 20 | | 23 | |
| Aug 20 | Aug 21 | | | |

| Jun 13 | Jun 16 | CAPRIOTTIS - 67 RENO NV | 30 | $30.46 |
| Jun 14 | Jun 16 | UBER  TRIP 8005928996 CA | 13 | $13.02 |
| Jun 14 | Jun 16 | UBER  TRIP 8005928996 CA | 3 | $3.00 |
| Jun 14 | Jun 16 | AMERICAN  0012150682101 FORT WORTH TX<br>ADAMS/JOHN 08/25/2024 DCA  CAE  DCA<br>Agency: AAL #0012150682101 | 696 | $347.95 |
| Jun 15 | Jun 16 | UBER  TRIP 8005928996 CA | 33 | $33.46 |
| Jun 14 | Jun 16 | HOLIDAY INN EXPRESS RENO NV<br>06/13/24 TO 06/14/24 | 205 | $204.89 |

| Jun 13 | Jun 16 | CAPRIOTTIS - 67 RENO NV | 30 | $30.46 |
|--------|--------|-------------------------|----|--------|
| Jun 14 | Jun 16 | UBER  TRIP 8005928996 CA | 13 | $13.02 |
| Jun 14 | Jun 16 | UBER  TRIP 8005928996 CA | 3 | $3.00 |
| Jun 14 | Jun 16 | AMERICAN  0012150682101 FORT WORTH TX ADAMS/JOHN 08/25/2024 DCA  CAE  DCA Agency: AAL #0012150682101 | 696 | $347.95 |
| Jun 15 | Jun 16 | UBER  TRIP 8005928996 CA | 33 | $33.46 |
| Jun 14 | Jun 16 | HOLIDAY INN EXPRESS RENO NV 06/13/24 TO 06/14/24 | 205 | $204.89 |

M Gmail

**Samuel Swanson <swansonsamuel7@gmail.com>**

## Receipt from Carolina Taxi,LLC

**Carolina Taxi,LLC** <messenger@messaging.squareup.com>
Reply-To: "Carolina Taxi,LLC via Square"
<CAESKBiAGhpyX29peXVncWluaXpidWdta2Vqem5iZ3VjcllIZGlhbG9nndWUlJDsFANshZWZcSZbaqK2NzK4Y9iJXAGTs9XL2iOlbL2u@reply2.squareup.com>
To: swansonsamuel7@gmail.com

Sun, Sep 15, 2024 at 9:57 PM

Now when you shop at sellers who use Square, your receipts will be delivered automatically.

Not your receipt?

**Carolina Taxi,LLC**

Let Carolina Taxi,LLC know how your
experience was

 

| | |
|---|---|
| Custom Amount | $25.00 |

# $30.⁴⁸

| | |
|---|---|
| Purchase Subtotal | $25.00 |
| Processing fees & Taxes (6%) | $1.50 |
| Tip | $3.98 |
| **Total** | **$30.48** |

Carolina Taxi,LLC
(803) 822-2000

⊕

Visa 6570 (Keyed)

**VISA**

Sep 15 2024 at 9:56 PM

#BCBE

https://mail.google.com/mail/u/0/?ik=1f7891fdc9&view=pt&search=all&permmsgid=msg-f:1810315992084469003&simpl=msg-f:1810315992084469003

Auth code: 00368D

Run your own business?

Start using Square and process $1,000 in sales for free.

Get Started with Square

**Receipt Settings**

Not your receipt?   Manage preferences

Report message to Square

© 2024 Square Privacy Policy

1955 Broadway, Suite 600

Oakland, CA 94612

**Civil and Miscellaneous Initial Pleadings**

3:24-av-99999-CIV Plaintiff v. Defendant

**U.S. District Court**

**District of South Carolina**

**Notice of Electronic Filing**

The following transaction was entered by Bolen, Richard on 3/14/2024 at 7:46 PM EDT and filed on 3/14/2024

**Case Name:**        Plaintiff v. Defendant

**Case Number:**    3:24-av-99999-CIV

**Filer:**

**Document Number:** 408

**Docket Text:**

**COMPLAINT Public Interest Legal Foundation vs South Carolina Elections Commission
Columbia Division.** *Howard M. Knapp, Executive Director* **( Filing fee $ 405 receipt number
ASCDC-11649965), Bolen, Richard)**

The following document(s) are associated with this transaction:

**3:24-av-99999-CIV Notice will not be electronically mailed to:**

**3:24-av-99999-CIV Notice has been electronically mailed to:**

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091130295 [Date=3/14/2024] [FileNumber=11740887-
0] [5d0d15b7c3f15ea814c1b542c46e9c3269fa985780ec78f7c28d726b122da9c4f
8d90a4315324f175433cf58f168bfcd998c13dabfcbbcc9bac6e48d8d047ff]]

# Fwd: Pay.gov Payment Confirmation: SOUTH CAROLINA DISTRICT COURT

**MR** Maureen Riordan

To ● Elaina Crafton

Cc ● Christian Adams

Mon 4/29/2024 10:56 AM

Retention Policy   30 Day Inbox Delete (30 days)    Expires   5/29/2024

ⓘ This item will expire in 30 days. To keep this item longer apply a different Retention Policy.

Elaina
Here is the receipt for payment by local counsel for Christiana's admission to SC district Court. The amount is $350.00 to Rich Bolen. Address below in his signature line. But you have it as well.
Thanks
Maureen


Begin forwarded message:

> **From:** Rich Bolen <richb@bolenlawfirm.com>
> **Date:** April 29, 2024 at 10:17:47 AM EDT
> **To:** Maureen Riordan <mriordan@publicinterestlegal.org>
> **Subject: FW: Pay.gov Payment Confirmation: SOUTH CAROLINA DISTRICT COURT**
>
> Here is the receipt for the PHV application.
>
> Very Truly Yours,
>
> Richard Bolen
>
> The Bolen Law Firm
> 100 Old Cherokee Road, Suite F345
> Lexington, SC 29072
> (803) 490-9003
> www.bolenlawfirm.com
>
> NOTICE: This communication including any attachments is being sent by or on behalf of a lawyer or law firm and may contain confidential or legally privileged information. The sender does not intend to waive any privilege, including the attorney-client privilege that may attach to this communication. If you are not the intended recipient, you are not

## Payment to Local Counsel in the South Carolina matter...

**Maureen Riordan**
To ● Elaina Crafton

Mon 4/15/2024 11:07 AM

Retention Policy    30 Day Inbox Delete (30 days)                    Expires    5/15/2024

ⓘ This item will expire in 30 days. To keep this item longer apply a different Retention Policy.
You replied to this message on 4/15/2024 11:09 AM.

Action Items                                                          + Get more add-ins

Morning Elaina.,
We recently filed a Motion to remove the SC state case to Federal Court. The filing fee is 405.00. This is in addition to the previous filing fee for local counsel.
His information is below. Could you cut him another check for 405.00? I don't have the email that indicates the fee being paid. But, I know it was or we could not have filed, and we just got a court date.
Let me know.
Maureen

Richard Bolen

The Bolen Law Firm
100 Old Cherokee Road, Suite F345
Lexington, SC 29072
(803) 490-9003
www.bolenlawfirm.com

Maureen S. Riordan
Litigation Counsel
mriordan@publicinterestlegal.org

**PUBLIC INTEREST**

---

### Email client interface

> Lauren Bowman;  Bo...    📎    12:41 PM
> Potential Remote Summer Inte...
> Resume looks good.

Byrne, Brayden G                    ↩    11:27 AM
Hours 04/08 - 04/14
Hi Ms. Crafton! I worked 10
hours last week, I was in and out

▼ Payment to Local Co...
Maureen Riordan    11:09 AM
Thanks!
From: Elaina Crafton

*Elaina Crafton        Sent Items*
Yes!  Elaina Crafton  Chief
Operations Officer  Public

Maureen Riordan    11:07 AM    ↩
Morning Elaina.,  We recently
filed a Motion to remove the SC

Elaina Crafton
(no subject)                    10:31 AM
Help to manage and recruit
clerks. Track all clerk hours and

▼ Yesterday
Marshall Makk                    ↩
Logged 4.2 hours last week    Sun 8:51 PM
Have a great week! <end>

**From:**
**To:**
**Subject:**
**Date:**

Maureen riordan
Maureen Riordan
Fwd: Your trip confirmation (RIC - CAE)
Thursday, September 5, 2024 9:46:30 AM

Begin forwarded message:

**From:** American Airlines <no-reply@info.email.aa.com>
**Date:** August 26, 2024 at 9:40:35 AM EDT
**To:** mriordan42@comcast.net
**Subject: Your trip confirmation (RIC - CAE)**

American Airlines home

Your trip confirmation and receipt

Confirmation code: **NJKALC**

**Sunday, September 15, 2024**

**AA 2317**

**RIC**
Richmond
**11:07 AM**

**CLT**
Charlotte
**12:30 PM**

Seat: **13D**
Class: **Economy (V)**
Meals:

**AA 5821**
Operated by Piedmont Airlines
as American Eagle

**CLT**
Charlotte
**2:43 PM**

**CAE**
Columbia

Seat: **6B**
Class: **Economy (V)**



**Monday, September 16, 2024**

**AA 5514**
Operated by PSA Airlines as American Eagle

**CAE**
Columbia
**5:54 PM**

**CLT**
Charlotte
**7:00 PM**

Seat: **12C**
Class: **Economy (S)**
Meals:

**AA 1946**

**CLT**
Charlotte
**9:04 PM**

**RIC**
Richmond
**10:22 PM**

Seat: **11D**
Class: **Economy (S)**
Meals:

**Manage your trip**

3:49 PM    Meals:

## Your purchase

**Maureen Riordan - AAdvantage® #: M67****

New ticket (0012171122256)
[$606.28 + Taxes & carrier-imposed fees $94.67]          $700.95

**Total cost**          **$700.95**

## Your payment

Trip Credit (ending 8697)          $707.95

Total paid          **$700.95**

Refund to Trip Credit (0014441982490)                                    -$7.00

## Bag information

### Checked Bag (Airport)

| | | | Checked Bag (Online*) |
|---|---|---|---|
| 1st bag | No charge | | 1st No bag charge |
| 2nd bag | $45.00 | | 2nd bag $45.00 |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)

Maximum weight: 50 pounds or 23 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. For information regarding American Airlines checked baggage policies, please visit: Bag and optional fees

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

Carry-on bags (American Airlines)

### Personal item

A small purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you.

### Carry-on

Maximum dimensions must not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm).



Book a hotel »          Book a car »          Buy trip insurance »          Vacations »

You are why we fly



Contact us
Privacy policy

**Download the American app**

© 2024 American Airlines, Inc. All Rights Reserved.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. Once canceled, your refund will be processed automatically.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death. 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges. 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier. 4. Rights on the air carrier to change terms of the contract. 5. Rules on reconfirmation of reservations, check-in times and refusal to carry. 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored. This email was sent to mriordan42@comcast.net.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.

3:24-cv-01276-JFA    Date Filed 10/02/24    Entry Number 41-4    Page 16 of 60

# Receipt from Carolina Taxi,LLC

**Carolina Taxi,LLC** <messenger@messaging.squareup.com>
Reply-To: "Carolina Taxi,LLC via Square"
<CAESKBiAGhpyX29peXVncWtuaXpidWdta2Vqem5iZ3VijclIiZGhbG9ndWlJlJDsFANshZ2WZcS2baqK2Nzk4Y9jjXAGTs9XL2iOIbL2u8@reply2.squareup.com>
To: swansonsamuel7@gmail.com

**Samuel Swanson** <swansonsamuel7@gmail.com>

Sun, Sep 15, 2024 at 9:57 PM

Now when you shop at sellers who use Square, your receipts will be delivered automatically.

Not your receipt?

## Carolina Taxi,LLC

Let Carolina Taxi,LLC know how your
experience was




# $30.48

| | |
|---|---|
| Custom Amount | $25.00 |
| | |
| Purchase Subtotal | $25.00 |
| Processing fees & Taxes (6%) | $1.50 |
| Tip | $3.98 |
| **Total** | **$30.48** |

Carolina Taxi,LLC
(803) 822-2000

Visa 6570 (Keyed)         Sep 15 2024 at 9:56 PM

**VISA**                          #BCBE

Run your own business?

Start using Square and process $1,000 in
sales for free.

Get Started with Square

**Receipt Settings**

Not your receipt?   Manage preferences
Report message to Square

© 2024 Square Privacy Policy
1955 Broadway, Suite 600
Oakland, CA 94612

**From:** Joseph Nixon
**To:** Elaina Crafton
**Subject:** Lunch at the airport
**Date:** Tuesday, September 17, 2024 9:33:47 AM
**Attachments:** IMG_1968.jpg



Joseph M. Nixon

Board Certified Civil Trial Law, Texas Board of Legal Specialization

Tel.: 713-550-7535
joe@nixonlawtx.com



**Re: Pay.gov Payment Confirmation: SOUTH CAROLINA DISTRICT COURT**

MR  Maureen Riordan
To ● Elaina Crafton
Tue 4/16/2024 7:43 PM

Retention Policy  30 Day Inbox Delete (30 days)    Expires  5/16/2024

ⓘ This item will expire in 29 days. To keep this item longer apply a different Retention Policy.

NOTICE: This communication including any attachments is being sent by or on behalf of a lawyer or law firm and may contain confidential or legally privileged information. The sender does not intend to waive any privilege, including the attorney-client privilege that may attach to this communication.  If you are not the intended recipient, you are not authorized to intercept, read, print, retain, copy, forward or disseminate this communication.  If you have received this communication in error, please notify the sender immediately by email and delete this communication and all copies

-----Original Message-----
From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Tuesday, April 16, 2024 7:10 PM
To: BLF <BLF@bolenlawfirm.com>
Subject: Pay.gov Payment Confirmation: SOUTH CAROLINA DISTRICT COURT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Diane Green at 803-253-3527.

  Account Number: 3503828
  Court: SOUTH CAROLINA DISTRICT COURT
  Amount: $350.00
  Tracking Id: ASCDC-11712404
  Approval Code: 081024
  Card Number: ************4483
  Date/Time: 04/16/2024 07:10:24 ET

  Person Completing Transaction: Richard Bolen
  Attorney Name: Richard Bolen
  Attorney Phone: 803-490-9003

NOTE: This is an automated message. Please do not reply



# Hudson

Richmond International Airport
1 Richard E Byrd Terminal Dr
Richmond, VA 23250

## SALE TRANSACTION

| | | |
|---|---|---|
| 3568393 | CORE POWER 26G VA | $7.69 |
| 3568553 | BODY ARMOR SPORT | $6.69 |

SALES TAX    $6.69 @ 1.0%         $0.07
SALES TAX    $7.69 @ 1.0%         $0.08

Items in Transaction:2            $14.53
Balance to Pay                    $14.53
VISA

CARD#:XXXXXXXXXXXXX3834
Approved
AMOUNT:USD $14.53
CARD:VISA CREDIT XXXX3834 CREDIT  CTLS EM
VAPPROVAL CODE:06121D
AID:A0000000031010
TVR:0000000000
IAD:1F42013IA000000000010030273000000000040
00000000000000000000000000000TSI:0000
RYPTOGRAM E49709ADC38FAAB3    APPLICATION C
ABEL:VISA CREDIT              APPLICATION L

HUDSON
The Traveler's Best Friend
Custom Service

WHISKEY RIVER
CHARLOTTE INTERNATIONAL AIRPORT

```
Merchant ID   : 293922
Terminal ID   : 4619
Check No      : 105/1
Table No      :
Server        : 283196 Victoria
Name on Card  : CARDHOLDER/VISA
Acct Num      : XXXXXXXXXXXX5157
Expiry Date   : **/**
Card Type     : VISA
Trans Type    : AUTHORIZE
Trans Date    : 9/15/2024
Trans Time    : 1:48 PM
Entry Mode    : NFC Chip
Auth Code     : 04452B
Resp Code     : 00
Mode          : Issuer
App Label     : CAPITAL ONE VISA
AID           : A0000000031010
ARC           : 00
TVR           : 0000000000
TSI           : 00
IAD           : 06011203A00000
```

00        APPROVED - THANK YOU        000

SUBTOTAL        : USD$        25.53

TIP : _____        3.47

ROUND UP 4 CHARITY : _____        31.00

# RUTH'S CHRIS STEAK HOUSE



924 Senate Street
Columbia, SC 29201
(803)212-6666

| TABLE# | | 0 |
|---|---|---|
| SERVER | : | 254/To-Go T |
| CHECK# | : | 6162 |

| Trans Time | : | 09/15/2024 05:32 PM |
|---|---|---|
| Trans Type | : | Purchase |
| CAPITAL ONE VISA: | | XXXXXXXXXXXX5157 |
| Entry Mode | : | Chip |
| CVM | : | SIGN |
| Invoice | : | 000220056 |
| Response | : | APPROVED |
| Auth Code | : | 06802B |
| AID | : | A000000000031010 |
| TVR | : | 0080008000 |
| IAD | : | 06011203A0A002 |
| TSI | : | E800 |
| ARC | : | Z3 |

| Amount | : | USD $29.70 |
|---|---|---|
| Tip | : | _____ |
| Total | : | _____ |

RIORDAN-MULDER/MAUREEN

*** CUSTOMER COPY ***

# RUTH'S CHRIS STEAK HOUSE®

U.S. PRIME

924 Senate Street
Columbia, SC 29201
(303)212-6666

693 Olivia C

Tbl 31/1          Chk 9499          Gst  1
                  Sep16'24 07:14AM

1 Gamecock Morning                    14.95

07:14AM Total

Subtotal                              14.95
Tax                                    1.50

Total:                                16.45

Gratuity:_____                      3.55

                                      20.00

Room Number:_____

Signature:_____

*(handwritten: 80.79, 20.00, 3.55, signature)*

**Maurice's Piggie Park BBQ**

Sep 16, 2024
2:11 PM

800 Elmwood Ave
Columbia, SC 29201
(803) 256-4377
http://www.piggiepark.com
@piggiepark

Receipt dUT4
Authorization: 03317B

CAPITAL ONE VISA
AID A0 00 00 00 03 10 10

EAT IN

| | |
|---|---|
| 2 MEAT DINNER × 1 | $21.99 |
| BBQ, RIBS (3) ($2.00), SLAW, FRIES | |
| 20 oz Drink × 1 | $2.50 |
| Coke Zero | |
| Subtotal | $24.49 |
| Sales Tax | $2.45 |
| Total | $26.94 |
| Visa 5157 (Contactless) | $26.94 |
| Visa Cardholder | |

Expense
Report

**PURPOSE:** **Travel; October office expenses**

**EMPLOYEE NAME:** **Noel H. Johnson**

| Date | Entity | Purpose | Flight | Hotel | Rent | Parking/Transport/Rental Car | Internet and Office Supplies | Food | Total |
|------|--------|---------|--------|-------|------|------------------------------|------------------------------|------|-------|
| 9/25/2024 | PILF | Office | | | $825.00 | $140.00 | $131.09 | | $1,096.09 |
| 9/25/2024 | PILF | SC Moot | $448.47 | $686.80 | | $10.00 | $10.00 | $72.28 | $1,227.55 |
| 9/25/2024 | PILF | SC Argument | $758.94 | $155.37 | | $92.00 | | $48.50 | $1,054.81 |
| 9/25/2024 | PILF | 3CA Moot | | | | $71.00 | | $48.74 | $119.74 |
| 9/25/2024 | PILF | 3CA Argument | | | | | | $35.62 | $35.62 |
| 9/25/2024 | PILF | VA Office Visit | $518.95 | $508.28 | | | | | $1,027.23 |
| 9/25/2024 | PILF | Wisconsin Travel | $947.90 | $219.22 | | | | | $1,167.12 |
| 9/25/2024 | PILF | ERIC LA (5th) | | | | | $249.00 | | $249.00 |
| | | | | | | | | | $0.00 |
| | | | | | | | | | $0.00 |
| | | | | | | | | | $0.00 |
| | | | | | | | | | $0.00 |
| | | | $2,674.26 | $1,569.67 | $825.00 | $313.00 | $390.09 | | |
| | | | | | | | | Subtotal | $5,977.16 |
| **APPROVED:** | | | | **NOTES:** | *5th Circuit Admission Fee | | | Refund | |
| | | | | | | | | Total | $5,977.16 |

American Airlines

```
***ELECTRONIC TICKET***
AMERICAN AIRLINES

JOHNSON/NOEL
  **NOT VALID FOR******RETAIN THIS RECEIPT***
  **TRANSPORTATION***THROUGHOUT YOUR JOURNEY*
NONREF/FAREDIF/CXL BY FLT TIME OR NOVALUE
```

```
                                          217556 2841
                                    PASSENGER RECEIPT  10F 1
                                    11SEP24 3910 1101
                                            /PHILADELPHIA
                                                                  US
```

```
                         3   AMERICAN AIRLINES            4
```

```
                              PHL DSM
```

```
                                                          6
```

```
                                  JOHNSON/NOEL

                                       PHILADELPHIA
                                    AA 4607 L 11SEP      L0AHZNN1
                                    WASHINGTON REAGAN
```

```
AA AWS Q0.35 370 23L0AHZNN1 USD370.58END ZPPHL XT5.60AY4.50XFPHL4.5
```

```
                         IKXXXXXXXXXXX6495 XXXX 1210SP
```

```
370.58
27.79
 5.00
10.10
413.47
```

```
              ***********************************
              ***********************************

              ESCHVC/AA
```

```
001 217556 2841 1                001 217556 2841 1
                              NOT VALID FOR TRAVEL
```

American

```
                   ***MISCELLANEOUS SALES RECEIPT 1  AMERICAN AIRLINES
                           PURCHASER RECEIPT          *SOME MISCELLANEOUS*
AMERICAN AIRLINES              11SEP24 3910 1101           * CHARGES ARE  *
JOHNSON/NOEL                        /PHILADELPHIA      ** NON-REFUNDABLE *
  **NOT VALID FOR**                             US     *****************
  **TRANSPORTATION*                                 6
*****THIS IS YOUR RECEIPT*******
```

```
                      PHL DSM
```

```
                      PSGR TICKET 0012175562841
```

```
                                        ESCHVC/AA
```

```
01 TF - AIRPORT SVC FEE          35.00
```

```
370.58
 27.79
  5.00
 10.10
 35.00
```

```
35.00      ************      FP IKXXXXXXXXXXXX6495 26325P
  NA
  NA
 35.00
```

```
0 001 06592 2043 2              001 06592 2043 2
                              NOT VALID FOR TRAVEL
```



Hilton
HOTELS & RESORTS

Hilton Alexandria Old Town
1767 King Street
Alexandria, VA 22314
703-837-0440

Check: 8862283                    Table:
Server: HOPE                      Cover:0

9/3/2024 16:55

Regular Check
1 V-Cold Brew                          4.95

Subtotal                              4.95
Tax                                    .54
Total                                 5.49

MasterCard
XXXXXXXXXXXXX6495
MasterCard
CVM: Signature
Entry Mode: Contactless
Auth Mode: Issuer
TC: F8D659C50F7207E1
IVR: 00000000
EMD: 01100a00

T886  C1896274   9/3/2024 16:55
=====CLOSED=====

ARC: 00

GRAND TOTAL                           5.49

09/03/24        16:42:00

National Airport Min.
Arlington VA
FOR CUSTOMER SERVICE
CALL 202-962-5719

2400 S. Smith Blvd.
MEZZANINE 93
MACHINE 32

AN:  ***************6495

VENDOR:  093-32-30017
REF NO:  30017424414
AUTH NO:  97782P

CREDIT PURCHASE

ADD $9.00 VALUE

TO SMARTRIP

S/N:
0167 1167 1632 1470 0801

TOTAL AMOUNT: $9.00

THANK YOU
FOR RIDING METRORAIL

THE FUTURE IS
RIDING ON METRO

# WHOLE FOODS
MARKET

Old Town OTN 703-706-0891
Alexandria, VA 22314 6103
1700 Duke St

ESNT HYDRAT WTR 9.5PH                    $2.24 FT

HOT BAR                                  $16.31 T
Qty 1.36 lb @ $11.99/lb
Tare Weight 0.16/lb
365WFM COLA                      $0.99 FT
SPIND GRPFRT SPRKLNG WTR         $0.89 FT
Reg $1.09
Savings with Prime ($0.20)

Savings with Prime ($0.95)

Subtotal:                               $21.58
Total Savings:                          -$1.15
Net Sales:                              $20.43
Local Meals:     5.00%                   $0.82
Tax:             6.00%                   $0.98
Tax:             1.00%                   $0.04
Total:                                  $22.27
Sold Items:                                  4

Paid:
MasterCard   *6495                      $22.27
Chip Card:MasterCard
Chip Card AID:A0000000041010

RETURNS: All returns require a receipt.
No returns on items purchased after
90 days. For additional information
please visit wfm.com/returns.
*********************************
Earn 5% back at Whole Foods Market
with Prime Visa
and an eligible Prime membership
Learn more at amazon.com/wfmvisa
*********************************
HOW WAS YOUR SHOPPING EXPERIENCE?
Go to: http://www.wfm.com/feedback
ENTER FOR A CHANCE TO WIN A $250 GIFT CARD
Your Total Savings
$1.15
*********************************

901 36974 09/03/2024 06:06 PM

6301101859013697409032024O
5TN81M1D2Z

Thanks for shopping at Whole Foods Market
WholeFoodsMarket.com

---



# Hilton
HOTELS & RESORTS

Hilton Alexandria Old Town
1767 King Street
Alexandria, VA 22314
703-837-0440

Check: 8662332             Table:
Server:John Paul           Cover:0

9/4/2024 7:57

Regular Check
1 V-Cold Brew                    4.95
1 SausageChedEgg                 4.75
                                _____
Subtotal                         9.70
Tax                              1.07
Total                           10.77

MasterCard
XXXXXXXXXXX6495
                    MasterCard
Entry Mode: Contactless
Auth Mode: Issuer
TC: 8ADE36780980A671
TVR: 0000008001
IAD: 0110A04012000000000000000000

OOFF
ARC: 00
           GRAND TOTAL         10.77

T886 C1896202  9/4/2024 7:58
=============CLOSED=============

## Receipt 1

```
09/05/24        07:27

      SALES DRAFT
Hilton Alexandria Old Town
    1767 King Street
   Alexandria, VA 22314
      703-837-0440

          ID:
SERVER:   ANGELINA
TERMINAL: 886
RRN:      905112659

          MasterCard

NAME:
NUMBER:   XXXXXXXXXXXX6495
EXPIRE:   XX/XX
AUTH:     74416P
AMOUNT:   10.21

ENTRY MODE: Contactless
CVM: Signature

Auth Mode: Issuer
TC: 57AE63A57C642260
TVR: 0000008001
IAD: 0110A04001220000000000000000000
FF

ARC: 00

CHECK:    8862488
TABLE:

TOTAL:    10.21

GRATUITY: _____

TOTAL:    _____

I agree to pay above total
amount according to my card
issuer agreement.

X_____
 SIGNATURE

        Merchant Copy
```

## Receipt 2

```
INDIANAPOLIS
INTERNATIONAL
   AIRPORT

                    A Payment No.0014238
                     Ticket No.098532
L/R #16
T/D #06
Entry Time      09/03/2024 (Tue) 13:07
Exit Time       09/05/2024 (Thu) 17:05
Parking Time              2Days  3:58
Parking Fee           Rate D   $62.00
                    ====================
MASTERCARD
   Account #      ****************6495
   Slip #                       715919
   Auth Code                 -000068102P
Credit Card Amount               $62.00
                    ====================
Total                            $62.00
                    ====================

       Thank you, Have a nice day!
             (317) 487-5017
```

WYNDHAM-PHILADELPHIA
400 ARCH ST.
PHILADELPHIA PA 19106
215-923-8660

Date:         Sep10 '24 06:28PM
Card Type:    Master Card
Acct #:       XXXXXXXXXXXX6495
Card Entry:   SWIPED
Trans Type:   PURCHASE
Auth Code:    56238P
Check:        7633
Table:        5/1
Server:       404 BRETT A

Subtotal:     20.52

TIP          5.00

TOTAL        25.52

RM
SIGNATURE

PRINT NAME

GUEST COPY

---

OLD CITY COFFEE

**Old City Coffee**

221 Church Street
PHILADELPHIA,
PA                    September 10, 2024
19106                 10:06 AM
(215) 629-9292
oldcitycoffee.com

Receipt: NuCf
Authorization: 37254P

                        FOR HERE

Mastercard
AID A0 00 00 00 04 10 10

ICED COFFEE            $5.00
LARGE 24 OZ
BAGEL                  $4.10
EVERYTHING, Plain CC ($1.00)

Subtotal               $9.10
Tip                    $1.00

**Total**              **$10.10**

8% Tax Included, $0.67
Mastercard 6495 (Contactless)    $10.10

STARBUCKS Store #8136
2459 Eisenhower Avenue
Alexandria, VA (703) 960-4279

CHK 722632
09/12/2024 10:52 AM
XXX7474  Drawer: 1  Reg: 2

Cafe To Go
Order

T1 Cold Brew                        4.45
Bacon Sausage Wrap                  6.75

Subtotal                           11.20
Discounts                           0.00
Tax 11% - Food & Beverage           1.23
Gratuity                            1.00
Total                              13.43

Change Due                          0.00

Payments

Mastercard                         13.43
XXXXXXXXXXXX6495
Card Entry: CONTACTLESS
Trans Type: SALE
App Label: Mastercard
Auth: 36376P
AID: A0000000041010
TVR: 0000008001
TSI: E800

--- Check Closed ---
09/12/2024 10:52 AM

Join our loyalty program
Starbucks Rewards®
Sign up for promotional emails
Visit Starbucks.com/rewards
Or download our app
At participating stores
Some restrictions apply

---

09/11/24    17:00:46

National Airport Min.
Arlington VA
FOR CUSTOMER SERVICE
CALL 202-962-5719

2400 S. Smith Blvd.
MEZZANINE 93
MACHINE 30

AN: **************6495

VENDOR:  093-30-655535
REF NO:  655354936440
AUTH NO:  56377P

CREDIT PURCHASE

ADD $10.00 VALUE

TO SMARTRIP

S/N:
0167 1278 8229 3573 5042

TOTAL AMOUNT: $10.00

THANK YOU
FOR RIDING METRORAIL

THE FUTURE IS
RIDING ON METRO



## Hilton
### HOTELS & RESORTS

Hilton Alexandria Old Town
Starbucks
1767 King Street
Alexandria, VA 22314
703-837-0440

Check: 8863982                    Table:
Server:HOPE                       Cover:0

9/13/2024 8:13

Regular Check
1 V-Cold Brew                            4.95
1 SausageChedEgg                         4.75
- - - - - - - - - - - - - - - - - - - -
            Subtotal                     9.70
            Tax                          1.07
            Total                       10.77

MasterCard
XXXXXXXXXXXX6495
CVM: Signature          Mastercard
Entry Mode: Contactless
Auth Mode: Issuer
TC: E5A9CA6413A1E09
TVR: 0000008001
IAD: 0110A04001220000000000000000
OOFF
    ARC: 00

T886  C1896274  9/13/2024 8:13
==================CLOSED==================

            GRAND TOTAL               10.77



## WHOLE FOODS
### M A R K E T

Old Town OTN /703-/06-0891
Alexandria, VA 22314 6103
1700 Duke St

BYMBKW OLV ZTR BKNT CRKRS
Reg $6.99                              $5.21 FT
  Savings with Prime ($1.78)
GNJI TUNA SLMN NGRT                    $14.49 FT
OG STRAWBERRIES                        $5.82 FT
  Qty 0.53 lb @ $10.99/lb
NIXIE OG LTM GNG SPRK WTR              $1.76 FT
  Qty 2 Reg $1.09 ea
  Savings with Prime ($0.40)
- - - - - - - - - - - - - - - - - - - -
                Subtotal:              $29.48
                Total Savings:         -$2.18
                Net Sales:             $27.30
                Local Meals:  5.00%    $0.72
                Tax:          1.00%    $0.27
                                       $28.29
                Total:                 $28.29
                Sold Items:            5
Paid:
MasterCard  -  *6495
Chip Card:MasterCard
Chip Card AID:A0000000041010

*************************************
          Your Total Savings
                $2.18
*************************************

    Earn 5% back at Whole Foods Market
              with Prime Visa
      Learn more at amazon.com/wfmvisa

RETURNS: All returns require a receipt.
No returns on items purchased after
90 days. For additional information
please visit wfm.com/returns.
*************************************
      Earn 5% back at Whole Foods Market
                with Prime Visa
        and an eligible Prime membership
        Learn more at amazon.com/wfmvisa

**************************************
HOW WAS YOUR SHOPPING EXPERIENCE?
Go to: http://www.wfm.com/feedback
ENTER FOR A CHANCE TO WIN A $250 GIFT CARD

901 39231 09/12/2024 04:52 PM

6301101859013922310912202040
JFEDSDNFFF

The UPS Store #0823
107 S WEST ST
ALEXANDRIA, VA    22314-2024
703-683-8441

Terminal.....: PO6S0823A
Employee....: 162494
Cashier's Name              DAVID

Date.: 9/13/2024
Time.: 02:33 PM

ITEM NAME              QTY    PRICE    TOTAL

Notary                  1 @   $10.00   $10.00

Tax                                    $0.00

Subtotal                               $10.00
Shipping/Other Charges                 $0.00
Total tax                              $0.00

Total                                  $10.00

Cards                                  $10.00

US Postal Rates Are Subject to Surcharge.

Items Designated NR are NOT eligible
for Returns, Refunds or Exchanges.

View The UPS Store, Inc.'s privacy notice at
https://www.theupsstore.com/privacy-policy

**Win a $250 gift card**
Tell us how we're doing for your chance to win
a $250 Amazon.com® Gift Card. Scan the
QR code or go to the link to take the survey.

NO PURCHASE NECESSARY. Void where prohibited.
Ends 1/31/25. Must be US resident 18 years or older
to enter. Limit (1) entry per person per month.
For Official Rules visit
www.TheUPSStore.com/surveyrules2024

https://bit.ly/theupsstore-PR

---

# Eddie's Little Shop

**1406 King Street**
Alexandria, VA 22314
(571) 312-8615
www.eddieslittleshop.com

Sep 13, 2024
2:36 PM
Matthew

Ticket: Johnson
Receipt:jpqf
Authorization:76831P

Mastercard
AID A0 00 00 04 10 10

FOR HERE

Antipasta sando × 1                    $15.50

Subtotal                               $15.50
VA Sales Tax                           $0.93
Alexandria City Tax                    $0.78
Tip                                    $2.58

Total                                  $19.79
Mastercard 6495 (Contactless)          $19.79

Knowledge Park Coffee
1527 Gervais Street
Columbia, SC 29201

Server: Norah D
Check #18
Guest Count: 1
Ordered:                          9/16/24 8:16 AM

1 Large Cold Brew                           $5.45

Subtotal                                    $5.45
Tax                                         $0.44
Tip                                         $1.09
**Total**                                   **$6.98**

Input Type          C (EMV Chip Read)
Mastercard          xxxxxxxx6495
Time                8:16 AM
Transaction Type    Sale
Authorization       Approved
Approval Code       55980P
Payment ID          YRNWhn7LCkrtc
Application ID       A0000000041010
Application Label    Mastercard
Terminal ID          a1de9f48b66a8f0f
Card Reader          BBPOS

Powered by Toast

---

## Maurice's Piggie Park BBQ

800 Elmwood Ave
Columbia, SC 29201                Sep 16, 2024
(803) 256-4377                    2:12 PM
http://www.piggiepark.com
@piggiepark

Receipt FCOQ
Authorization: 51959p

Mastercard
AID A0 00 00 04 10 10

EAT IN

2 MEAT DINNER × 1                          $21.99
BBQ, BRISKET ($2.00), SLAW,
MACARONI & CH2

20 oz Drink × 1                             $2.50
Coke Zero

Subtotal                                   $24.49
Sales Tax                                   $2.45

Total                                      $26.94
Mastercard 6495 (Contactless)             $26.94

↑ 5.79

INDIANAPOLIS
INTERNATIONAL
AIRPORT

A Payment No.00017286
Ticket No.093260

| | |
|---|---|
| L/R #16 | |
| T/D #06 | |
| Entry Time | 09/10/2024 (Tue) 5:55 |
| Exit Time | 09/17/2024 (Tue) 0:04 |
| Parking Time | 6Days 18:09 |
| Parking Fee | Rate 0 $161.00 |

| | |
|---|---|
| MASTERCARD | *****************6495 |
| Account # | |
| Slip # | 720872 |
| Auth Code | 00008541GP |
| Credit Card Amount | $161.00 |
| Total | $161.00 |

Thank you. Have a nice day!
(317) 487-5017

---

PARADIES LAGARDERE - CAE
COLUMBIA METROPOLITAN AIRPORT
COLUMBIA, SC

| | | |
|---|---|---|
| | 0120000188D0 | |
| PEPSI ZERO SUGAR | 3.79 T | |
| | 0826575500676 | |
| DEER PARK 1 LITER | 4.79 T | |

| | |
|---|---|
| SUBTOTAL | $8.58 |
| TAX06 | $0.34 |
| TAX11 | $0.27 |
| TOTAL | $9.19 |
| MASTERCARD | $9.19 |
| ******************* | |
| | PURCHASE |
| | APPROVED |

Total: $9.19

| | |
|---|---|
| Card Type: | MASTERCARD |
| Card Entry: | Contactless |
| Acct #: | *****************6495 |
| Approval Code: | 13237P |

************** EMV PURCHASE ****************
App Label): 
Mode: Mastercard
AID: A0000000041010
TVR: 0000008001 Issuer
IAD: 0110A04001220000000000000000FFTSI

TSI:
ARC: 00
AC: 7F7256DC5D72457
CVM: 1F0302

CUSTOMER COPY

ITEMS 2
09/16/2024 05:03PM
000233 53 92500                      POS SELF CHECK

8267

Noel Johnson

From: AAdvantage Hotels™ <info@mail.aadvantagehotels.com>
Sent: Sunday, September 8, 2024 11:08 AM
To: Noel Johnson
Subject: Your hotel reservation is confirmed.



# Your booking is confirmed

Your booking at **Hilton Alexandria Old Town** is confirmed. You can find all the details for your upcoming trip in this email.

[ Manage booking ]

Download your receipt.

## Reservation summary

Reference code

779792762

Use this code when contacting us



1

Primary guest

NOEL JOHNSON

Hotel

Hilton Alexandria Old Town

Room type

2 Double Beds

Number of guests

1

## Check-in and check-out details

Check-in: 4:00 PM

Thu, Sep 12, 2024

Check-out: 12:00 PM

Fri, Sep 13, 2024

Hotel address

1767 King Street
Alexandria (VA) Virginia
22314 US

## Total AAdvantage®
## miles earned

**2,800**

Added to your account within 2 weeks of completing the booking.

## Cancellation policy

This booking will be 100% refundable if cancelled by
12:59 PM local time on September 11, 2024. After this
time, the booking is non-refundable and cannot be
changed or cancelled, to the extent permitted by law.
Subject to local laws and regulations.

**Total paid**                                        $282.45 USD

Taxes & fees                                          Included

Card charged                          MASTERCARD ending in
                                                        6495

You have made your booking with Rocket Travel, Inc (RTI) and
contracted with Rocket Travel. The charge will appear on your card
from RTI*AADVANTAGEHOTELS.

**Need to modify your booking?**

Any cancellations or change requests must be made
through the Manage booking link below, or please
contact us at support@mail.aadvantagehotels.com

1-844-801-6778

Manage hotel booking

3



© 2024 Rocket Travel, Inc. All rights reserved. Site owned and operated by Rocket Travel, Inc. Customers who use this Site agree to Rocket Travel, Inc.'s Terms and Conditions and Privacy Policy. American Airlines is not responsible for any third party products or services.

Contact us

Terms and conditions

4

5

Privacy policy

**Noel Johnson**

**From:** AAdvantage Hotels™ <info@mail.aadvantagehotels.com>
**Sent:** Wednesday, August 14, 2024 9:25 AM
**To:** Noel Johnson
**Subject:** Your hotel reservation is confirmed.



# Your booking is confirmed

Your booking at **Hilton Alexandria Old Town** is confirmed. You can find all the details for your upcoming trip in this email.

Manage booking

Download your receipt.

## Reservation summary

Reference code

Use this code when contacting us

772086414

Primary guest

NOEL JOHNSON

Hotel

Hilton Alexandria Old Town

Room type

2 Double Beds

Number of guests

1

## Check-in and check-out details

Check-in: 4:00 PM

Tue, Sep 3, 2024

Check-out: 12:00 PM

Thu, Sep 5, 2024

Hotel address

1767 King Street
Alexandria (VA) Virginia
22314 US

## Total AAdvantage®
## miles earned

4,000

Added to your account within 2 weeks of completing the booking.

## Cancellation policy

This booking will be 100% refundable if cancelled by 12:59 PM local time on September 2, 2024. After this time, the booking is non-refundable and cannot be changed or cancelled, to the extent permitted by law. Subject to local laws and regulations.

## Total paid

$407.03 USD

Taxes & fees

Included

Card charged

MASTERCARD ending in
6495

You have made your booking with Rocket Travel Inc (RTI) and
contracted with Rocket Travel. The charge will appear on your card
from RTI*AADVANTAGEHOTELS.

## Need to modify your booking?

Any cancellations or change requests must be made
through the Manage booking link below, or please
contact us at support@mail.aadvantagehotels.com

1-844-801-6778

Manage hotel booking

Terms and conditions

Contact us

© 2024 Rocket Travel, Inc. All rights reserved. Site owned and operated by Rocket Travel, Inc. Customers who use this Site agree to Rocket Travel, Inc.'s Terms and Conditions and Privacy Policy. American Airlines is not responsible for any third party products or services.

4

5

Privacy policy

**Noel Johnson**

From:       American Airlines <no-reply@info.email.aa.com>
Sent:       Wednesday, August 14, 2024 9:27 AM
To:         Noel Johnson
Subject:    Your trip confirmation (IND - DCA)



# Your trip confirmation and receipt

Issued: August 14, 2024

We charged $277.94 to your card ending in 6495 for your ticket purchase.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

## Tuesday, September 3, 2024

Confirmation code: **KHZQKQ**



**IND**
Indianapolis
**2:46 PM**

**AA 4723**
Operated by Republic Airways as American Eagle

**DCA**
Washington Reagan
**4:28 PM**

Seat:    8A
Class: **Economy (B)**
Meals:

## Thursday, September 5, 2024

**DCA**
Washington Reagan

**AA 4520**
Operated by Republic Airways as American Eagle

1

7:52 PM

**IND**
Indianapolis
**9:42 PM**

Seat: **9A**
Class: **Economy (B)**
Meals:

| Manage your trip |
| --- |

## Your purchase

**Noel Johnson - AAdvantage® #: 6MF×××**

New ticket (0012168037780)                    $277.94
[$230.46 + Taxes & carrier-imposed fees
$47.48]

## Total cost                                    $277.94

## Your payment

MasterCard (ending 6495 )                      $277.94

## Total paid                                    **$277.94**

## Bag information

**Checked Bag (Airport)**        **Checked Bag (Online*)**

1st bag      No charge      1st bag      No charge

2nd bag      No charge      2nd bag      No charge

Maximum dimensions: 62 inches or 158 centimeters calculated as (length +
width + height)
Maximum weight: 50 pounds or 23 kilograms

2

For information regarding American Airlines checked baggage policies, please visit: Bag and optional fees

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

Carry-on bags (American Airlines)

**Personal item**

A small purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you.

**Carry-on**

Maximum dimensions must not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm).



Book a hotel »



Book a car »



Buy trip insurance »



AAVacations »

Contact us

Privacy policy



© 2024 American Airlines, Inc. All Rights Reserved.

**Download the American app**







You have 24 hours from the time you first buy your ticket to make changes or cancel for a refund if you booked at least 2 days before departure. Once canceled, your refund will be processed automatically.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

3

Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored. This email was sent to njohnson@publicinterestlegal.org.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient,

do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.

**Noel Johnson**

From:  AAdvantage Hotels™ <info@mail.aadvantagehotels.com>
Sent:  Sunday, September 8, 2024 3:11 PM
To:  Noel Johnson
Subject:  Your hotel reservation is confirmed.

# Your booking is confirmed



Your booking at **Home2 Suites by Hilton Columbia Downtown** is confirmed. You can find all the details for your upcoming trip in this email.

Manage booking

Download your receipt.

## Reservation summary

Reference code
7798558990

Use this code when contacting us

Primary guest                    NOEL JOHNSON

Hotel                            Home2 Suites by Hilton
                                 Columbia Downtown

Room type                        1 King Studio Suite
                                 Nosmok

Number of guests                 1

Amenities                        Breakfast included

## Check-in and check-out details

Check-in: 3:00 PM               Sun, Sep 15, 2024

Check-out: 11:00 AM             Mon, Sep 16, 2024

Hotel address                    1210 Pickens Street
                                 Columbia (SC) South
                                 Carolina 29201 US

**Total AAdvantage®**            **2,300**
**miles earned**
Added to your account within 2 weeks of completing the booking.

## Cancellation policy

2

This booking will be 100% refundable if cancelled by 12:59 PM local time on September 13, 2024. After this time, the booking is non-refundable and cannot be changed or cancelled, to the extent permitted by law. Subject to local laws and regulations.

## Total paid

$155.37 USD

Taxes & fees

Included

Card charged

MASTERCARD ending in 6495

You have made your booking with Rocket Travel Inc (RTI) and contracted with Rocket Travel. The charge will appear on your card from RTI*AADVANTAGEHOTELS.

## Need to modify your booking?

Any cancellations or change requests must be made through the Manage booking link below, or please contact us at support@mail.aadvantagehotels.com

1-844-801-6778

Manage hotel booking

3

© 2024 Rocket Travel, Inc. All rights reserved. Site owned and operated by Rocket Travel, Inc. Customers who use this Site agree to Rocket Travel, Inc.'s Terms and Conditions and Privacy Policy. American Airlines is not responsible for any third party products or services.

Contact us

Terms and conditions

4

Privacy policy

5

**Noel Johnson**

**From:** AAdvantage Hotels™ <info@mail.aadvantagehotels.com>
**Sent:** Wednesday, September 11, 2024 4:06 PM
**To:** Noel Johnson
**Subject:** Your hotel reservation is confirmed.

# Your booking is confirmed



Your booking at **Holiday Inn Alexandria at Carlyle** is confirmed. You can find all the details for your upcoming trip in this email.



Manage booking

Download your receipt.

## Reservation summary

Reference code

Use this code when contacting us

780858386

1

Primary guest

NOEL JOHNSON

Hotel

Holiday Inn Alexandria at Carlyle

Room type

1 King Bed Standard

Number of guests

1

## Check-in and check-out details

Check-in: 3:00 PM

Wed, Sep 11, 2024

Check-out: 12:00 PM

Thu, Sep 12, 2024

Hotel address

2460 EISENHOWER AVENUE Alexandria (VA) Virginia US

## Total AAdvantage® miles earned

3,900

Added to your account within 2 weeks of completing the booking.

## Cancellation policy

This booking is nonrefundable. Immediately upon confirmation, this booking is nonrefundable and cannot be changed or canceled, to the extent permitted by law. Subject to local laws and regulations.

2

## Total paid

$404.35 USD

Taxes & fees

Included

Card charged

MASTERCARD ending in
6495

You have made your booking with Rocket Travel Inc (RTI) and
contracted with Rocket Travel. The charge will appear on your card
from RTI*AADVANTAGEHOTELS.

### Need to modify your booking?

Any cancellations or change requests must be made
through the Manage booking link below, or please
contact us at support@mail.aadvantagehotels.com

1-844-801-6778

Manage hotel booking

Terms and conditions

Contact us

© 2024 Rocket Travel, Inc. All rights reserved. Site owned and operated by Rocket Travel, Inc. Customers who use this Site agree to Rocket Travel, Inc.'s Terms and Conditions and Privacy Policy. American Airlines is not responsible for any third party products or services.

4

5

Privacy policy