Privacy policy

**Noel Johnson**

From: American Airlines <no-reply@info.email.aa.com>
Sent: Wednesday, September 11, 2024 6:00 PM
To: Noel Johnson
Subject: Your trip confirmation (DCA - CAE)

# Your trip confirmation and receipt



You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

Issued: September 11, 2024

Confirmation code: **JMMSRQ**

## Sunday, September 15, 2024

**DCA**
Washington Reagan
**5:24 PM**

AA 5373
Operated by PSA Airlines as American Eagle

**CAE**
Columbia
**7:03 PM**

Seat: **8F**
Class: **Economy (L)**
Meals:

## Monday, September 16, 2024

**CAE**
Columbia
**5:54 PM**

AA 5514
Operated by PSA Airlines as American Eagle

1



**CLT**
Charlotte
7:00 PM

Seat: 9D
Class: **Economy (M)**
Meals:

**CLT**
Charlotte
9:05 PM

**AA 648**

Seat: 8C
Class: **Economy (M)**
Meals:

**IND**
Indianapolis
10:46 PM

Manage your trip

## Your purchase

**Noel Johnson - AAdvantage® #: 6MF****

New ticket (0012175613191)                               $758.94
[$673.25 + Taxes & carrier-imposed fees
$85.69]

**Total cost**                                            $758.94

## Your payment

Flight Credit (ending 8955)                               $735.33
MasterCard (ending 6495)                                  $23.61

**Total paid**                                            $758.94

Bag information

2

## Checked Bag (Airport)

| | |
|---|---|
| 1st bag | No charge |
| 2nd bag | No charge |

## Checked Bag (Online*)

| | |
|---|---|
| 1st bag | No charge |
| 2nd bag | No charge |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)

Maximum weight: 50 pounds or 23 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. For information regarding American Airlines checked baggage policies, please visit: Bag and optional fees

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

### Carry-on bags (American Airlines)

**Carry-on**

Maximum dimensions must not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm).

**Personal item**

A small purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you.

Book a hotel »  Book a car »  Buy trip insurance »  Vacations »

**Download the American app**

Contact us

Privacy policy

© 2024 American Airlines, Inc. All Rights Reserved.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. Once canceled, your refund will be processed automatically.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.



NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

4

Please do not reply to this email address as it is not monitored. This email was sent to rjohnson@publicinterestlegal.org.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.

**Noel Johnson**

From: AAdvantage Hotels™ <info@mail.aadvantagehotels.com>
Sent: Tuesday, September 17, 2024 9:46 PM
To: Noel Johnson
Subject: Your hotel reservation is confirmed.



# Your booking is confirmed

Your booking at **Hilton Alexandria Old Town** is confirmed. You can find all the details for your upcoming trip in this email.

[ Manage booking ]

Download your receipt.

## Reservation summary

**Reference code**    468331395
Use this code when contacting us

Primary guest                    NOEL JOHNSON

Hotel                            Hilton Alexandria Old Town

Room type                        2 Double Beds

Number of guests                 1

## Check-in and check-out details

Check-in: 4:00 PM               Mon, Sep 23, 2024

Check-out: 12:00 PM             Tue, Sep 24, 2024

Hotel address                   1767 King Street
                                Alexandria (VA) Virginia
                                22314 US

## Total AAdvantage® miles earned          5,400

Added to your account within 2 weeks of completing the booking.

## Cancellation policy

This booking will be 100% refundable if cancelled by 12:59 PM local time on September 22, 2024. After this time, the booking is non-refundable and cannot be changed or cancelled, to the extent permitted by law. Subject to local laws and regulations.

**Total paid**                                    $508.28 USD

Taxes & fees                                      Included

Card charged                    MASTERCARD ending in 6495

You have made your booking with Rocket Travel Inc (RTI) and contracted with Rocket Travel. The charge will appear on your card from RTI*AADVANTAGEHOTELS.

**Need to modify your booking?**

Any cancellations or change requests must be made through the Manage booking link below, or please contact us at support@mail.aadvantagehotels.com

1-844-801-6778

Manage hotel booking

Terms and conditions

Contact us

© 2024 Rocket Travel, Inc. All rights reserved. Site owned and operated by Rocket Travel, Inc. Customers who use this Site agree to Rocket Travel Inc.'s Terms and Conditions and Privacy Policy. American Airlines is not responsible for any third party products or services.

4

Privacy policy

5

**Noel Johnson**

**From:** American Airlines <no-reply@info.email.aa.com>
**Sent:** Tuesday, September 17, 2024 9:37 PM
**To:** Noel Johnson
**Subject:** Your trip confirmation (IND - DCA)



# Your trip confirmation and receipt

Issued: September 18, 2024

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

Confirmation code: **MQWBVA**

## Monday, September 23, 2024



**IND**
Indianapolis
**6:03 AM**

**AA 4336**
Operated by Republic Airways as American Eagle

**DCA**
Washington Reagan
**7:47 AM**

Seat: **10C**
Class: **Economy (V)**
Meals:

## Tuesday, September 24, 2024

**DCA**
Washington Reagan
**2:59 PM**

**AA 4368**
Operated by Republic Airways as American Eagle

1

## IND
Indianapolis
4:57 PM

Seat: 9D
Class: Economy (G)
Meals:

| Manage your trip |

## Your purchase

**Noel Johnson - AAdvantage® #: 6MF****

New ticket (0012177129188)                                    $518.95
[$454.65 + Taxes & carrier-imposed fees
$64.30]

## Total cost                                                $518.95

## Your payment

MasterCard (ending 6495)                                      $518.95

## Total paid                                                $518.95

## Bag information

| | Checked Bag (Airport) | Checked Bag (Online*) |
|---|---|---|
| 1st bag | No charge | No charge |
| 2nd bag | No charge | No charge |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length +
width + height)
Maximum weight: 50 pounds or 23 kilograms
Bag fees apply at each Check-in location. Additional allowances and/or
discounts may apply. For information regarding American Airlines checked
baggage policies, please visit: Bag and optional fees

2

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

Carry-on bags (American Airlines)

**Personal item**

A small purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you.

**Carry-on**

Maximum dimensions must not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm).



Book a hotel »

Book a car »

Buy trip insurance »

Vacations »

**Download the American app**

Contact us

Privacy policy

© 2024 American Airlines, Inc. All Rights Reserved.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. Once canceled, your refund will be processed automatically.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

3

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches / Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides / Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored. This email was sent to rjohnson@publicinterestlegal.org.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.

**From:** American Airlines <no-reply@info.email.aa.com>
**Sent:** Friday, September 13, 2024 3:49 PM
**To:** Noel Johnson
**Subject:** Your trip confirmation (IND - ORD)



# Your trip confirmation and receipt

Issued: September 13, 2024

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

Confirmation code: **ECDELX**

## Wednesday, September 25, 2024



**IND**
, Indianapolis
**8:20 AM**

**AA 4340**
Operated by Republic Airways as American Eagle

**ORD**
Chicago O'Hare
**8:42 AM**

Seat: **9F**
Class: **Economy (B)**
Meals:

## Thursday, September 26, 2024

**ORD**
Chicago O'Hare
**7:05 PM**

**AA 4565**
Operated by Republic Airways as American Eagle

1

## IND
**Indianapolis**
**9:41 PM**

Seat: **9F**
Class: **Economy (B)**
Meals:

Manage your trip

## Your purchase

**Noel Johnson - AAdvantage® #: 6MF\*\*\*\***

New ticket (0012176091642)                                        $408.94
[$352.32 + Taxes & carrier-imposed fees
$56.62]

## Total cost                                                       $408.94

## Your payment

MasterCard (ending 6495)                                           $408.94

## Total paid                                                      $408.94

## Bag information

| | Checked Bag (Airport) | Checked Bag (Online*) |
|---|---|---|
| 1st bag | No charge | No charge |
| 2nd bag | No charge | $408.94 |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms
Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. For information regarding American Airlines checked baggage policies, please visit: Bag and optional fees

2

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

Carry-on bags (American Airlines)

## Carry-on

**Personal item**

A small purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you.

Maximum dimensions must not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm).



Book a hotel »    Book a car »    Buy trip insurance »    Vacations »

### Download the American app

Contact us

Privacy policy

© 2024 American Airlines, Inc. All Rights Reserved.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. Once canceled, your refund will be processed automatically.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored. This email was sent to njohnson@publicinterestlegal.org.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**oneworld** is a registered trademark of **oneworld** Alliance, LLC.

| | |
|---|---|
| **Receipt** | A05-2631133-140 |
| **Payment Date** | 09/23/2024 |
| **Amount** | $249.00 |
| **Fee Type** | Attorney Admissions |
| **Bar Status** | Pending Review |

Fee Payment Success Receipt

**From:** American Airlines
**To:** Noel Johnson
**Subject:** Your trip confirmation (DCA - ORD)
**Date:** Tuesday, September 24, 2024 11:19:19 AM

American Airlines home 

# Your trip confirmation and receipt

Issued: September 24, 2024

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

Confirmation code: **CHZMCR**

## Tuesday, September 24, 2024

**DCA**
Washington Reagan
**4:31 PM**

**ORD**
Chicago O'Hare
**5:44 PM**

AA 1263

Seat: **11A**
Class: **Economy (V)**
Meals:

**Manage your trip**

## Your purchase

**Noel Johnson - AAdvantage® #: 6MF****

New ticket (0012178698027)
[$241.28 + Taxes & carrier-imposed fees $33.20]

$274.48

## Total cost

$274.48

### Your payment

MasterCard (ending 6495 )

$274.48

### Total paid

$274.48

## Bag information

### Checked Bag (Airport)

| | |
|---|---|
| 1st bag | No charge |
| 2nd bag | No charge |

### Checked Bag (Online*)

| | |
|---|---|
| 1st bag | No charge |
| 2nd bag | No charge |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)

Maximum weight: 50 pounds or 23 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. For information regarding American Airlines checked baggage policies, please visit: Bag and optional fees

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

Carry-on bags (American Airlines)

**Personal item**    A small purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you.

**Carry-on**    Maximum dimensions must not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm).

Book a hotel »Book a car »Buy trip insurance »Vacations »



You are why we fly

Contact us

Privacy policy

© 2024 American Airlines, Inc. All Rights Reserved.

**Download the American app**

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. Once canceled, your refund will be processed automatically.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored. This email was sent to njohnson@publicinterestlegal.org.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.

American Airlines home 

**From:**
**To:**
**Subject:**
**Date:**

American Airlines
Noel Johnson
Your trip confirmation (ORD - IND)
Tuesday, September 24, 2024 11:25:35 AM

# Your trip confirmation and receipt

Issued: September 24, 2024

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

Confirmation code: **HQEPHI**

## Thursday, September 26, 2024

**ORD**
Chicago O'Hare
**7:05 PM**

**AA 4565**
Operated by Republic Airways
as American Eagle

**IND**
Indianapolis
**9:41 PM**

Seat: **11F**
Class: **Economy (V)**
Meals:

**Manage your trip**

## Your purchase

**Noel Johnson - AAdvantage® #: 6MF****

New ticket (0012178699624)
[$231.98 + Taxes & carrier-imposed fees $32.50]

$264.48

**Total cost**                                                          $264.48

**Your payment**

MasterCard (ending 6495 )                                              $264.48

**Total paid**                                                          $264.48

## Bag information

### Checked Bag (Airport)                    ### Checked Bag (Online*)

| | | | | |
|---|---|---|---|---|
| 1st bag | No charge | | 1st bag | No charge |
| 2nd bag | No charge | | 2nd bag | No charge |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)

Maximum weight: 50 pounds or 23 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. For information regarding American Airlines checked baggage policies, please visit: Bag and optional fees

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

Carry-on bags (American Airlines)

**Personal item**    A small purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you.

**Carry-on**    Maximum dimensions must not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm).

Book a hotel »Book a car »Buy trip insurance »Vacations »

You are why we fly

**Download the American app**

Contact us

Privacy policy

© 2024 American Airlines, Inc. All Rights Reserved.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. Once canceled, your refund will be processed automatically.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored. This email was sent to njohnson@publicinterestlegal.org.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.

**From:** AAdvantage Hotels™
**To:** Noel Johnson
**Subject:** Your hotel reservation is confirmed.
**Date:** Tuesday, September 24, 2024 11:40:07 AM

## AAdvantage Hotels



# Your booking is confirmed

Your booking at Holiday Inn Express & Suites Chicago North Shore - Niles is confirmed. You can find all the details for your upcoming trip in this email.

**Manage booking**

Download your receipt.

## Reservation summary

Reference code

470450851

Use this code when contacting us

| Primary guest | NOEL JOHNSON |
| --- | --- |
| Hotel | Holiday Inn Express & Suites Chicago North Shore - Niles |

## Check-in and check-out details

| Room type | 1 King Bed Standard |
| --- | --- |
| Number of guests | 1 |
| Amenities | Breakfast included |

| Check-in: 3:00 PM | Tue, Sep 24, 2024 |
| --- | --- |
| Check-out: 12:00 PM | Wed, Sep 25, 2024 |

| Hotel address | 7247 North Waukegan Road Chicago (IL) Illinois 60714 US |
| --- | --- |

**Total AAdvantage® miles earned**

**2,100**

Added to your account within 2 weeks of completing the booking.

## Cancellation policy

This booking is nonrefundable. Immediately upon confirmation, this booking is nonrefundable and cannot be changed or canceled, to the extent permitted by law. Subject to local laws and regulations.

## Total paid

**$219.22 USD**

Taxes & fees

Included

Card charged

MASTERCARD ending in 6495

You have made your booking with Rocket Travel Inc (RTI) and contracted with Rocket Travel. The charge will appear on your card from RTI*AADVANTAGEHOTELS.

## Need to modify your booking?

Any cancellations or change requests must be made through the Manage booking link below, or please contact us at support@mail.aadvantagehotels.com

1-844-801-6778

**Manage hotel booking**

**American Airlines**



© 2024 Rocket Travel, Inc. All rights reserved. Site owned and operated by Rocket Travel, Inc. Customers who use this Site agree to Rocket Travel, Inc.'s Terms and Conditions and Privacy Policy. American Airlines is not responsible for any third party products or services.

Privacy policy

Terms and conditions

Contact us

Expense
Report

**PURPOSE:** **Travel; October office expenses**

**EMPLOYEE NAME:** Noel H. Johnson

| Date | Entity | Purpose | Flight | Hotel | Rent | Parking/Transport/Rental Car | Internet and Office Supplies | Food | Total |
|---|---|---|---|---|---|---|---|---|---|
| 9/25/2024 | PILF | Office | | | $825.00 | $140.00 | $131.09 | | $1,096.09 |
| 9/25/2024 | PILF | SC Moot | $448.47 | $686.80 | | $10.00 | $10.00 | $72.28 | $1,227.55 |
| 9/25/2024 | PILF | SC Argument | $758.94 | $155.37 | | $92.00 | | $48.50 | $1,054.81 |
| 9/25/2024 | PILF | 3CA Moot | | | | $71.00 | | $48.74 | $119.74 |
| 9/25/2024 | PILF | 3CA Argument | | | | | | $35.62 | $35.62 |
| 9/25/2024 | PILF | VA Office Visit | $518.95 | $508.28 | | | | | $1,027.23 |
| 9/25/2024 | PILF | Wisconsin Travel | $947.90 | $219.22 | | | | | $1,167.12 |
| 9/25/2024 | PILF | ERIC LA (5th) | | | | | $249.00 | | $249.00 |
| | | | | | | | | | $0.00 |
| | | | | | | | | | $0.00 |
| | | | | | | | | | $0.00 |
| | | | | | | | | | $0.00 |
| | | | $2,674.26 | $1,569.67 | $825.00 | $313.00 | $390.09 | | |
| | | | | | | | | **Subtotal** | $5,977.16 |
| **APPROVED:** | | | | | **NOTES:** | *5th Circuit Admission Fee | | **Refund** | |
| | | | | | | | | **Total** | $5,977.16 |



# WHOLE FOODS
## MARKET

Old Town OTN 703-706-0891
1700 Duke St
Alexandria, VA 22314 6103

ESNT HYDRAT WTR 9.5PH                    $2.24 FT
HOT BAR
Qty 1.36 lb @ $11.99/lb
Tare Weight 0.16/lb
Tare                                    $16.31 T
365WFM COLA                      $0.99 FT
SPIND GRPFRT SPRKLNG WTR         $0.89 FT
Reg $1.09
Savings with Prime ($0.20)

Savings with Prime ($0.95)

Subtotal:                              $21.58
Total Savings:                         -$1.15
Net Sales:                            $20.43
Local Meals    5.00%                   $0.82
Tax            6.00%                   $0.98
Tax            1.00%                   $0.04
Total:                                $22.27
Sold Items:                                4
Paid:
MasterCard   *6495                    $22.27
Chip Card:Mastercard
Chip Card AID:A0000000041010

RETURNS: All returns require a receipt.
No returns on items purchased after
90 days. For additional information
please visit wfm.com/returns.
*******************************
Earn 5% back at Whole Foods Market
with Prime Visa
and an eligible Prime membership
Learn more at amazon.com/wfmvisa
*******************************
HOW WAS YOUR SHOPPING EXPERIENCE?
Go to: http://www.wfm.com/feedback
ENTER FOR A CHANCE TO WIN A $250 GIFT CARD
Your Total Savings
$1.15
*******************************

901 36974 09/03/2024 06:06 PM

6301101859013697409003202240
5TN8IMTD2Z

Thanks for shopping at Whole Foods Market
WholeFoodsMarket.com

---



# Hilton
HOTELS & RESORTS

Hilton Alexandria Old Town
Starbucks
1767 King Street
Alexandria, VA 22314
703-837-0440

Check: 8662332          Table:
Server:John Paul        Cover:0

9/4/2024 7:57

Regular Check
1 V-Cold Brew            4.95
1 SausageChedEgg         4.75

Subtotal                 9.70
Tax                      1.07
Total                   10.77

MasterCard              10.77
XXXXXXXXXXXXX6495
                  Mastercard
CVM: Signature
Entry Mode: Contactless
Auth Mode: Issuer
TC: 8A0E367809D6671
TVR: 0000008001
IAD: 0110A040012000000000000000
000000000000000000000000000

O0FF
ARC: 00
          GRAND TOTAL          10.77

T886  C1896202   9/4/2024 7:58
===============--CLOSED------===

```
09/05/24          07:27

          SALES DRAFT
        Hilton Alexandria Old Town
          1767 King Street
          Alexandria, VA 22314
            703-837-0440
       ==================

            ID:
SERVER:    ANGELINA
TERMINAL:  886
RRN:       905112659

           MasterCard

NAME:
NUMBER:    XXXXXXXXXXXX6495
EXPIRE:    XX/XX
AUTH:      744T6P
AMOUNT:    10.21

ENTRY MODE: Contactless
CVM: Signature

Auth Mode: Issuer
TC: 57AE63A57C642260
TVR: 0000008001
IAD: 0110A04001220000000000000000000

FF

ARC: 00

CHECK:   8862488
TABLE:

TOTAL:   10.21

GRATUITY: _____

TOTAL:   _____

I agree to pay above total
amount according to my card
issuer agreement.

X_____
SIGNATURE

       Merchant Copy
```

```
         INDIANAPOLIS
         INTERNATIONAL
           AIRPORT

L/R #16             A Payment No.0014238
T/D #06             Ticket No.098532
Entry Time     09/03/2024 (Tue) 13:07
Exit Time      09/05/2024 (Thu) 17:05
Parking Time              2Days  3:58
Parking Fee         Rate D     $62.00

MASTERCARD
     Account #    *************6495
     Slip #               715919
     Auth Code          0000681D2P
Credit Card Amount        $62.00
                        ========
Total                     $62.00

     Thank you, Have a nice day!
            (317) 487-5017
```

WYNDHAM-PHILADELPHIA
400 ARCH ST.
PHILADELPHIA PA 19106
215-923-8660

Date:        Sep10 '24 06:28PM
Card Type:   Master Card
Acct #:      XXXXXXXXXXXX6495
Card Entry:  SWIPED
Trans Type:  PURCHASE
Auth Code:   56238P
Check:       7633
Table:       5/1
Server:      404 BRETT A

Subtotal:                20.52

TIP                       5.00

TOTAL                    25.52

SIGNATURE _____

PRINT NAME _____

GUEST COPY

---



**Old City Coffee**

221 Church Street
PHILADELPHIA,
PA
19106
(215) 629-9292
oldcitycoffee.com

Receipt: NuCf
Authorization: 37254P

Mastercard
AID A0 00 00 00 04 10 10

FOR HERE

ICED COFFEE                    $5.00
LARGE 24 OZ
BAGEL                          $4.10
EVERYTHING, Plain CC ($1.00)

Subtotal                       $9.10
Tip                            $1.00

**Total**                     **$10.10**

8% Tax Included, $0.67
Mastercard 6495 (Contactless)   $10.10

STARBUCKS Store #8136
2459 Eisenhower Avenue
Alexandria, VA (703) 960-4279

CHK 722632
09/12/2024 10:52 AM
XXX7474  Drawer: 1  Reg: 2

## Cafe To Go

Order

T1 Cold Brew                    4.45
Bacon Sausage Wrap              6.75

Subtotal                       11.20
Discounts                       0.00
Tax 11% - Food & Beverage       1.23
Gratuity                        1.00
Total                          13.43

Change Due                      0.00

Payments

Mastercard                     13.43
XXXXXXXXXXXX6495
Card Entry: CONTACTLESS
Trans Type: SALE
App Label: Mastercard
Auth: 36376P
AID: A0000000041010
TVR: 0000008001
TSI: E800

--- Check Closed ---
09/12/2024 10:52 AM

Join our loyalty program
Starbucks Rewards®
Sign up for promotional emails
Visit Starbucks.com/rewards
Or download our app
At participating stores
Some restrictions apply

---

09/11/24    17:00:46

National Airport Min.
Arlington VA
FOR CUSTOMER SERVICE
CALL 202-962-5719

2400 S. Smith Blvd.
MEZZANINE 93
MACHINE 30

AN:  ***************6495

VENDOR:  093-30-655535
REF NO:  6553549364440
AUTH NO:  56377P

CREDIT PURCHASE

ADD $10.00 VALUE

TO SMARTRIP

S/N:
0167 1276 8229 3573 5042

TOTAL AMOUNT: $10.00

THANK YOU
FOR RIDING METRORAIL

THE FUTURE IS
RIDING ON METRO



**Hilton**
HOTELS & RESORTS

Hilton Alexandria Old Town
Starbucks
1767 King Street
Alexandria, VA 22314
703-837-0440

Check: 8863982        Table:
Server:HOPE          Cover:0

9/13/2024 8:13

Regular Check
1 V-Cold Brew            4.95
1 SausageChedEgg         4.75

Subtotal                 9.70
Tax                      1.07
Total                   10.77

MasterCard
XXXXXXXXXXXX6495    Mastercard
CVM: Signature
Entry Mode: Contactless
Auth Mode: Issuer
TC: E5A9C4A6413A1E09
TVR: 0000008001
IAD: 0110A04001220000000000000000

OOFF
ARC: 00
GRAND TOTAL             10.77

T886  C1896274  9/13/2024 8:13
========CLOSED========

# WHOLE FOODS MARKET

Old Town OTN /703-706-0891
Alexandria, VA 22314 6103
1700 Duke St

BYMBKW OLV ZTR BKNT CRKRS          $5.21 FT
  Reg $6.99
  Savings with Prime ($1.78)
GNJI TUNA SLMN NGRT               $14.49 FT
OG STRAWBERRIES                    $5.82 FT
  Qty 0.53 lb @ $10.99/lb
NIXIE OG LTM GNG SPRK WTR          $1.78 FT
  Qty 2 Reg $1.09 ea
  Savings with Prime ($0.40)

Subtotal:                         $29.48
Total Savings:                    -$2.18
Net Sales:                        $27.30
Local Meals       5.00%            $0.72
Tax:              1.00%            $0.27
Total:                            $28.29
Sold Items:                            5

Paid:
MasterCard — *6495                $28.29
Chip Card:Mastercard
Chip Card AID:A0000000041010

*********************************
Your Total Savings
$2.18
*********************************

RETURNS: All returns require a receipt.
No returns on items purchased after
90 days. For additional information
please visit wfm.com/returns.
*********************************

Earn 5% back at Whole Foods Market
with Prime Visa
add an eligible Prime membership
Learn more at amazon.com/wfmvisa

*********************************
HOW WAS YOUR SHOPPING EXPERIENCE?
Go to: http://www.wfm.com/feedback
ENTER FOR A CHANCE TO WIN A $250 GIFT CARD

901 30231 09/12/2024 04:52 PM



6301101859013922310912202040
JFEDSDNPFF

The UPS Store #0823
107 S WEST ST
ALEXANDRIA, VA   22314-2024
703-683-8441

Terminal......: PQS0823A
Employee......: 162494
Cashier's Name       DAVID

Date.: 9/13/2024
Time.: 02:33 PM

| ITEM NAME | QTY | PRICE | TOTAL |
|---|---|---|---|
| Notary | 1 @ | $10.00 | $10.00 |
| Tax | | | $0.00 |

| | |
|---|---|
| Subtotal | $10.00 |
| Shipping/Other Charges | $0.00 |
| Total tax | $0.00 |
| Total | $10.00 |
| Cards | $10.00 |

Items Designated NR are NOT eligible
for Returns, Refunds or Exchanges.

US Postal Rates Are Subject to Surcharge.

QR code or go to the link to take the survey.
View The UPS Store, Inc.'s privacy notice at
https://www.theupsstore.com/privacy-policy

**Win a $250 gift card**
Tell us how we're doing for your chance to win
a $250 Amazon.com® Gift Card. Scan the



https://bit.ly/theupsstore-PR

NO PURCHASE NECESSARY. Void where prohibited.
Ends 1/31/25. Must be US resident 18 years or older
to enter. Limit (1) entry per person per month.
For Official Rules visit
www.TheUPSStore.com/surveyrules2024

---

# Eddie's Little Shop

1406 King Street
Alexandria, VA 22314
(571) 312-8615
www.eddieslittleshop.com

Sep 13, 2024
2:36 PM
Matthew

Ticket: Johnson
Receipt:ipqf
Authorization:76831P

Mastercard
AID A0 00 00 00 04 10 10

FOR HERE

| | |
|---|---|
| Antipasta sando × 1 | $15.50 |

| | |
|---|---|
| Subtotal | $15.50 |
| VA Sales Tax | $0.93 |
| Alexandria City Tax | $0.78 |
| Tip | $2.58 |
| Total | $19.79 |
| Mastercard 6495 (Contactless) | $19.79 |

Knowledge Park Coffee
1527 Gervais Street
Columbia, SC 29201

Server: Norah D
Check #18
Guest Count: 1
Ordered:                    9/16/24 8:16 AM

1 Large Cold Brew                            $5.45

Subtotal                                     $5.45
Tax                                          $0.44
Tip                                          $1.09
**Total**                                    **$6.98**

Input Type       C (EMV Chip Read)
Mastercard       xxxxxxxx6495
Time             8:16 AM

Transaction Type          Sale
Authorization         Approved
Approval Code            55980P
Payment ID          YRNWm7Lckrtc
Application ID     A0000000041010
Application Label      Mastercard
Terminal ID       a1de9f48b66a8f0f
Card Reader             BBPOS

Powered by Toast

---

# Maurice's Piggie Park BBQ

800 Elmwood Ave
Columbia, SC 29201
(803) 256-4377
http://www.piggiepark.com
@piggiepark                Sep 16, 2024
                              2:12 PM

Receipt FCOQ
Authorization: 51959p

Mastercard
AID A0 00 00 04 10 10

EAT IN

2 MEAT DINNER × 1                          $21.99
BBQ, BRISKET ($2.00), SLAW,
MACARONI & CH2

20 oz Drink × 1                             $2.50
Coke Zero

Subtotal                                   $24.49
Sales Tax                                    $2.45

Total                                       $26.94
Mastercard 6495 (Contactless)              $26.94
                                            ↑ 5.79

INDIANAPOLIS
INTERNATIONAL
AIRPORT

A Payment No.0017286
Ticket No.099260

L/R #16
T/D #06
Entry Time      09/10/2024 (Tue) 5:55
Exit Time       09/17/2024 (Tue) 0:04
Parking Time    6Days 18:09
Parking Fee     Rate D      $161.00

MASTERCARD  ****************6495
Account #
Slip #          720872
Auth Code       00008416P
Credit Card Amount          $161.00
Total           $161.00

Thank you, Have a nice day!
(317) 487-5017

---

PARADIES LAGARDERE - CAE
COLUMBIA METROPOLITAN AIRPORT
COLUMBIA, SC

0120000188000
PEPSI ZERO SUGAR          3.79 T
082657500676
DEER PARK 1 LITER         4.79 T

SUBTOTAL                  $8.58
TAX06                     $0.34
TAX11                     $0.27
TOTAL                     $9.19
MASTERCARD                $9.19
****************          PURCHASE ***************
                          APPROVED

Total:                    $9.19

Card Type:        MASTERCARD
Card Entry:       Contactless
Acct #:           ****************6495
Approval Code:    13237P

************** EMV PURCHASE **************
App Label):
Mode:
AID: A0000000041010        Mastercard
TVR: 0000008001           Issuer
IAD: 0110A04001220000000000000000FFTSI
TSI:
ARC: 00
AC: 7F7256DC5D72457
CVM: 1F0302

ITEMS 2
09/16/2024  05:03PM
000233 53 92500

CUSTOMER COPY

POS SELF CHECK
8267

**Noel Johnson**

From: AAdvantage Hotels™ <info@mail.aadvantagehotels.com>
Sent: Sunday, September 8, 2024 11:08 AM
To: Noel Johnson
Subject: Your hotel reservation is confirmed.

# Your booking is confirmed



Your booking at **Hilton Alexandria Old Town** is confirmed. You can find all the details for your upcoming trip in this email.

Manage booking

Download your receipt.

## Reservation summary

Reference code

779792762

Use this code when contacting us



Primary guest

Hotel

Hilton Alexandria Old Town

Room type

2 Double Beds

Number of guests

1

## Check-in and check-out details

Check-in: 4:00 PM

Thu, Sep 12, 2024

Check-out: 12:00 PM

Fri, Sep 13, 2024

Hotel address

1767 King Street
Alexandria (VA) Virginia
22314 US

NOEL JOHNSON

Added to your account within 2 weeks of completing the booking.

## Total AAdvantage®
## miles earned

**2,800**

## Cancellation policy

This booking will be 100% refundable if cancelled by
12:59 PM local time on September 11, 2024. After this
time, the booking is non-refundable and cannot be
changed or cancelled, to the extent permitted by law.
Subject to local laws and regulations.

2

## Total paid

$282.45 USD

Taxes & fees

Included

Card charged

MASTERCARD ending in 6495

You have made your booking with Rocket Travel Inc (RTI) and contracted with Rocket Travel. The charge will appear on your card from RTI*AADVANTAGEHOTELS.

### Need to modify your booking?

Any cancellations or change requests must be made through the Manage booking link below, or please contact us at support@mail.aadvantagehotels.com

1-844-801-6778

Manage hotel booking

3



Terms and conditions

Contact us

© 2024 Rocket Travel, Inc. All rights reserved. Site owned and operated by Rocket Travel, Inc. Customers who use this Site agree to Rocket Travel, Inc.'s Terms and Conditions and Privacy Policy. American Airlines is not responsible for any third party products or services.

4

Privacy policy

5

**Noel Johnson**

**From:** AAdvantage Hotels™ <info@mail.aadvantagehotels.com>
**Sent:** Wednesday, August 14, 2024 9:25 AM
**To:** Noel Johnson
**Subject:** Your hotel reservation is confirmed.

# Your booking is confirmed



Your booking at **Hilton Alexandria Old Town** is confirmed. You can find all the details for your upcoming trip in this email.

Manage booking

Download your receipt.

## Reservation summary

**Reference code**
Use this code when contacting us

772086414



1

Primary guest

NOEL JOHNSON

Hotel

Hilton Alexandria Old Town

Room type

2 Double Beds

Number of guests

1

## Check-in and check-out details

Check-in: 4:00 PM

Tue, Sep 3, 2024

Check-out: 12:00 PM

Thu, Sep 5, 2024

Hotel address

1767 King Street
Alexandria (VA) Virginia
22314 US

## Total AAdvantage®
## miles earned

4,000

Added to your account within 2 weeks of completing the booking.

## Cancellation policy

This booking will be 100% refundable if cancelled by 12:59 PM local time on September 2, 2024. After this time, the booking is non-refundable and cannot be changed or cancelled, to the extent permitted by law. Subject to local laws and regulations.

2

## Total paid

$407.03 USD

Taxes & fees

Included

Card charged

MASTERCARD ending in 6495

You have made your booking with Rocket Travel Inc (RTI) and contracted with Rocket Travel. The charge will appear on your card from RTI*AADVANTAGEHOTELS.

### Need to modify your booking?

Any cancellations or change requests must be made through the Manage booking link below, or please contact us at support@mail.aadvantagehotels.com

1-844-801-6778

Manage hotel booking

Terms and conditions

Contact us

© 2024 Rocket Travel, Inc. All rights reserved. Site owned and operated by Rocket Travel, Inc. Customers who use this Site agree to Rocket Travel, Inc.'s Terms and Conditions and Privacy Policy. American Airlines is not responsible for any third party products or services.

4

Privacy policy

5

**Noel Johnson**

From:     American Airlines <no-reply@info.email.aa.com>
Sent:     Wednesday, August 14, 2024 9:27 AM
To:       Noel Johnson
Subject:  Your trip confirmation (IND - DCA)

# Your trip confirmation and receipt

Issued: August 14, 2024



You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

We charged $277.94 to your card ending in 6495 for your ticket purchase.

Confirmation code: **KHZQKQ**

## Tuesday, September 3, 2024

**IND**
Indianapolis
2:46 PM

**AA 4723**
Operated by Republic Airways as American Eagle

**DCA**
Washington Reagan
4:28 PM

Seat:    8A
Class:   **Economy (B)**
Meals:

## Thursday, September 5, 2024

**DCA**
Washington Reagan

**AA 4520**
Operated by Republic Airways as American Eagle

1

**7:52 PM**

**IND**
Indianapolis
**9:42 PM**

Seat:  **9A**
Class: **Economy (B)**
Meals:

Manage your trip

## Your purchase

**Noel Johnson - AAdvantage® #: 6MF\*\*\*\***

New ticket (0012168037780)                                    $277.94
[$230.46 + Taxes & carrier-imposed fees
$47.48]

### Total cost                                                $277.94

## Your payment

MasterCard (ending 6495 )                                     $277.94

### Total paid                                                $277.94

## Bag information

| Checked Bag (Airport) | | Checked Bag (Online\*) | |
|---|---|---|---|
| 1st bag | No charge | 1st bag | No charge |
| 2nd bag | No charge | 2nd bag | No charge |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length +
width + height)
Maximum weight: 50 pounds or 23 kilograms

2

For information regarding American Airlines checked baggage policies, please visit: Bag and optional fees

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

Carry-on bags (American Airlines)

**Carry-on**

**Personal item**    A small purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you.

Maximum dimensions must not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm).



Book a hotel »



Book a car »



Buy trip insurance »



AAVacations »

**Download the American app**

Contact us

Privacy policy

© 2024 American Airlines, Inc. All Rights Reserved.

You have 24 hours from the time you first buy your ticket to make changes or cancel for a refund if you booked at least 2 days before departure. Once canceled, your refund will be processed automatically.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

3

Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored. This email was sent to njohnson@publicinterestlegal.org.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient,

do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.