United States District Court
District of South Carolina
Columbia Division

| | |
|---|---|
| **PUBLIC INTEREST LEGAL FOUNDATION, INC.** *Plaintiff,* v. **Howard M. Knapp,** in his official capacity as the Executive Director of the South Carolina State Election Commission *Defendant.* | Case No. 3:24-cv-01276-JFA |

### DECLARATION OF RICHARD BOLEN

I Richard M. Bolen, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a licensed attorney in the State of South Carolina and the owner of the Bolen Law Firm in Lexington, South Carolina.

2. I represent the Public Interest Legal Foundation ("Foundation") in this action. My co-counsel are attorneys employed by the Foundation.

3. I earned my Juris Doctor from the University of South Carolina Law School in May 1993, and have been practicing law since, primarily involved in civil and criminal litigation law. I am a member of the bar of South Carolina and the South Carolina Federal District Courts.

4. Prior to opening my own law practice, I have worked as an attorney with several South Carolina law practices. I have also been a hearing Officer for the South Carolina Employment Security Commission, presiding over appellate review of

unemployment decisions. I have also been General Counsel to the South Carolina Secretary of State from 1997-2001.

5. The Foundation is seeking reimbursement at a rate of $400.00 per hour for my time.

6. As a part of my normal business practice, I recorded the time I spent on this matter for the Foundation on or around the same day the services were performed. I contemporaneously record detailed descriptions of each service or task performed.

7. A chart compiling my time and descriptions of my work is attached to this declaration (the "Bolen Billing Statement"). The Bolen Billing Statement truly and accurately reflects the time I spent on this matter and the services performed.

8. The time expended for each task performed is accurately listed in the Bolen Billing Statement under the column-heading "Time/Hours". The service or task performed is accurately described in the Bolen Billing Statement under the column-heading "Activity".

9. The services described in the Bolen Billing Statement were reasonable and necessary in pursuit of the Foundation's claims on the merits and in pursuit of attorney's fees. Costs and expenses under the fee-shifting provision of the NVRA.

10. The amount for work performed by me on the Foundation's behalf, for which the Foundation is seeking reimbursement is $17,760 for hourly fees expenses and costs.

11. I affirm under penalty of perjury that the foregoing is true and correct. Executed this 1st day of October 2024.

Richard Bolen
100 Old Cherokee Road
Unit F-345
Lexington, SC 29072

| Date | Activity | Time/Hours | Total |
|---|---|---|---|
| 12-Mar | Intro T/C with MR on case details | 0.3 | $ 120.00 |
| 12-Mar | Call with DC team on case plan | 0.2 | $ 80.00 |
| 13-Mar | Emails to coordinate contacts | 0.2 | $ 80.00 |
| 13-Mar | Emails reviewing initial S&C | 1.2 | $ 480.00 |
| 14-Mar | T/C to MR on S&C | 0.3 | $ 120.00 |
| 14-Mar | T/C to MR on S&C | 0.3 | $ 120.00 |
| 14-Mar | Review , configure and file S&C | 2.5 | $ 1,000.00 |
| 15-Mar | T/C with court & MR re S&C | 0.3 | $ 120.00 |
| 15-Mar | T/C with MR re: S&C & PHV motions | 0.2 | $ 80.00 |
| 18-Mar | Prepare documents for filing with court | 2 | $ 800.00 |
| 18-Mar | Emails with Court | 0.2 | $ 80.00 |
| 19-Mar | Emails with Court | 0.1 | $ 40.00 |
| 19-Mar | T/C with MR re: service of S&C | 0.3 | $ 120.00 |
| 20-Mar | T/C with JCA case status | 0.2 | $ 80.00 |
| 27-Mar | T/C with JCA case status | 0.1 | $ 40.00 |
| 28-Mar | T/C with MR & JN service & PHV | 0.3 | $ 120.00 |
| 29-Mar | Emails with MR | 0.2 | $ 80.00 |
| 1-Apr | Review email chain from team re: Strategy | 0.4 | $ 160.00 |
| 2-Apr | T/C & emails with MR re: state action | 0.2 | $ 80.00 |
| 2-Apr | Prepare answer in state action | 1.5 | $ 600.00 |
| 3-Apr | T/C with team re: state action removal | 0.3 | $ 120.00 |
| 3-Apr | Prepare remove action | 2.4 | $ 960.00 |
| 4-Apr | Finalize and file removal action | 2.2 | $ 880.00 |
| 5-Apr | Review emails and draft notice to defense | 0.3 | $ 120.00 |
| 10-Apr | T/C with MR re: state action | 0.3 | $ 120.00 |
| 11-Apr | Review emails from team | 0.2 | $ 80.00 |
| 12-Apr | Review emails from team | 0.3 | $ 120.00 |
| 15-Apr | Prepare PHV for MR | 0.8 | $ 320.00 |
| 16-Apr | T/C with team re: combining cases | 0.3 | $ 120.00 |
| 16-Apr | Review and file PHV for MR | 0.7 | $ 280.00 |
| 17-Apr | T/C with team re: strategy for conference with defense | 0.5 | $ 200.00 |
| 17-Apr | T/C with defense counsel | 0.8 | $ 320.00 |
| 18-Apr | Send proposed Stip. Of Facts to defense | 0.2 | $ 80.00 |
| 22-Apr | Receive PHV order from Ct. send to MR | 0.2 | $ 80.00 |
| 24-Apr | Review defense proposed Stip of Facts | 0.5 | $ 200.00 |
| 25-Apr | T/C with teamon Sip. Of Facts | 0.4 | $ 160.00 |
| 26-Apr | Review emails on changes to Stip. Of Facts | 0.7 | $ 280.00 |
| 29-Apr | Review & submit PHV for JCA | 0.5 | $ 200.00 |
| 29-Apr | Emails with Defense counsel | 0.3 | $ 120.00 |
| 30-Apr | Review and email order granting PHV to JCA | 0.2 | $ 80.00 |
| 2-May | T/C with court for scheduling | 0.2 | $ 80.00 |
| 3-May | Email with team re: t/c with court | 0.1 | $ 40.00 |
| 3-May | Zoom call w/ team and follow up emails | 1.4 | $ 560.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 5-May | Prepare for conference and make copies of cases | 1.5 | $600.00 |
| 6-May | Conf. with counsel and Judge and work on case with JCA | 4.5 | $1,800.00 |
| 7-May | Emails to def counsel and team | 0.3 | $120.00 |
| 8-May | Emails to def counsel and team | 0.3 | $120.00 |
| 9-May | Review stip of facts & dismissal | 0.7 | $280.00 |
| 10-May | Review and file final Stip of Facts | 0.5 | $200.00 |
| 29-May | Emails with MR 7 & team | 0.3 | $120.00 |
| 13-Jun | T/C with MR re SJ motion | 0.5 | $200.00 |
| 14-Jun | File SJ motion | 0.3 | $120.00 |
| 17-Jun | T/C to Court and emails to Team | 0.4 | $160.00 |
| 12-Jul | Receive and review defense SJ motion | 0.5 | $200.00 |
| 25-Jul | Email and t/c with team re: SJ motions | 0.4 | $160.00 |
| 26-Jul | Review and file SJ response | 0.5 | $200.00 |
| 5-Aug | Emails with team Re: oral argument | 0.3 | $120.00 |
| 9-Aug | Receive and review defense SJ response | 0.5 | $200.00 |
| 12-Aug | Email from court re hearing date | 0.2 | $80.00 |
| 15-Aug | Email and t/c with team re: hearing date | 0.3 | $120.00 |
| 19-Aug | Email with MR re: local rules | 0.2 | $80.00 |
| 20-Aug | Email from court re hearing date | 0.1 | $40.00 |
| 21-Aug | Notice from Court | 0.1 | $40.00 |
| 13-Sep | Prep and File PHV for NJ | 1 | $400.00 |
| 15-Sep | email with team re: hearing | 0.4 | $160.00 |
| 16-Sep | hearing at Law School & debrief | 3.2 | $1,280.00 |
| 16-Sep | Emails with team re: hearing & time | 0.4 | $160.00 |
| 17-Sep | Receive form order | 0.1 | $40.00 |
| 18-Sep | Receive & review Order | 0.8 | $320.00 |
| 19-Sep | T/C with MR re: fee/hour tracking | 0.3 | $120.00 |
| 22-Sep | Emails with MR re: local atty for affidavit | 0.3 | $120.00 |
| 23-Sep | T/C with Mike Henthorne & MR | 0.6 | $240.00 |
| 27-Sep | notice from Ct. Re: transcript | 0.1 | $40.00 |
| | **TOTAL** | 35 | $17,760.00 |