| Date | Activity | Time/Hours | Total |
|---|---|---|---|
| 12-Mar | Intro T/C with MR on case details | 0.3 | $ 120.00 |
| 12-Mar | Call with DC team on case plan | 0.2 | $ 80.00 |
| 13-Mar | Emails to coordinate contacts | 0.2 | $ 80.00 |
| 13-Mar | Emails reviewing initial S&C | 1.2 | $ 480.00 |
| 14-Mar | T/C to MR on S&C | 0.3 | $ 120.00 |
| 14-Mar | T/C to MR on S&C | 0.3 | $ 120.00 |
| 14-Mar | Review , configure and file S&C | 2.5 | $ 1,000.00 |
| 15-Mar | T/C with court & MR re S&C | 0.3 | $ 120.00 |
| 15-Mar | T/C with MR re: S&C & PHV motions | 0.2 | $ 80.00 |
| 18-Mar | Prepare documents for filing with court | 2 | $ 800.00 |
| 18-Mar | Emails with Court | 0.2 | $ 80.00 |
| 19-Mar | Emails with Court | 0.1 | $ 40.00 |
| 19-Mar | T/C with MR re: service of S&C | 0.3 | $ 120.00 |
| 20-Mar | T/C with JCA case status | 0.2 | $ 80.00 |
| 27-Mar | T/C with JCA case status | 0.1 | $ 40.00 |
| 28-Mar | T/C with MR & JN service & PHV | 0.3 | $ 120.00 |
| 29-Mar | Emails with MR | 0.2 | $ 80.00 |
| 1-Apr | Review email chain from team re: Strategy | 0.4 | $ 160.00 |
| 2-Apr | T/C & emails with MR re: state action | 0.2 | $ 80.00 |
| 2-Apr | Prepare answer in state action | 1.5 | $ 600.00 |
| 3-Apr | T/C with team re: state action removal | 0.3 | $ 120.00 |
| 3-Apr | Prepare remove action | 2.4 | $ 960.00 |

| Date | Description | Hours | Amount | | |
|---|---|---|---|---|---|
| 4-Apr | Finalize and file removal action | 2.2 | $ 880.00 | | |
| 5-Apr | Review emails and draft notice to defense | 0.3 | $ 120.00 | | |
| 10-Apr | T/C with MR re: state action | 0.3 | $ 120.00 | | |
| 11-Apr | Review emails from team | 0.2 | $ 80.00 | | |
| 12-Apr | Review emails from team | 0.3 | $ 120.00 | | |
| 15-Apr | Prepare PHV for MR | 0.8 | $ 320.00 | | |
| 16-Apr | T/C with team re: combining cases | 0.3 | $ 120.00 | | |
| 16-Apr | Review and file PHV for MR | 0.7 | $ 280.00 | | |
| 17-Apr | T/C with team re: strategy for conference with defense | 0.5 | $ 200.00 | | |
| 17-Apr | T/C with defense counsel | 0.8 | $ 320.00 | | |
| 18-Apr | Send proposed Stip. Of Facts to defense | 0.2 | $ 80.00 | | |
| 22-Apr | Receive PHV order from Ct. send to MR | 0.2 | $ 80.00 | | |
| 24-Apr | Review defense proposed Stip of Facts | 0.5 | $ 200.00 | | |
| 25-Apr | T/C with teamon Sip. Of Facts | 0.4 | $ 160.00 | | |
| 26-Apr | Review emails on changes to Stip. Of Facts | 0.7 | $ 280.00 | | |
| 29-Apr | Review & submit PHV for JCA | 0.5 | $ 200.00 | | |
| 29-Apr | Emails with Defense counsel | 0.3 | $ 120.00 | | |
| 30-Apr | Review and email order granting PHV to JCA | 0.2 | $ 80.00 | | |
| 2-May | T/C with court for scheduling | 0.2 | $ 80.00 | | |
| 3-May | Email with team re: t/c with court | 0.1 | $ 40.00 | | |
| 3-May | Zoom call w/ team and follow up emails | 1.4 | $ 560.00 | | |
| 5-May | Prepare for conference and make copies of cases | 1.5 | $ 600.00 | | |
| 6-May | Conf. with counsel and Judge and work on case with JCA | 4.5 | $ 1,800.00 | | |

| Date | Description | Hours | Amount | | |
|---|---|---|---|---|---|
| 7-May | Emails to def counsel and team | 0.3 | $ 120.00 | | |
| 8-May | Emails to def counsel and team | 0.3 | $ 120.00 | | |
| 9-May | Review stip of facts & dismissal | 0.7 | $ 280.00 | | |
| 10-May | Review and file final Stip of Facts | 0.5 | $ 200.00 | | |
| 29-May | Emails with MR 7 & team | 0.3 | $ 120.00 | | |
| 13-Jun | T/C with MR re SJ motion | 0.5 | $ 200.00 | | |
| 14-Jun | File SJ motion | 0.3 | $ 120.00 | | |
| 17-Jun | T/C to Court and emails to Team | 0.4 | $ 160.00 | | |
| 12-Jul | Receive and review defense SJ motion | 0.5 | $ 200.00 | | |
| 25-Jul | Email and t/c with team re: SJ motions | 0.4 | $ 160.00 | | |
| 26-Jul | Review and file SJ response | 0.5 | $ 200.00 | | |
| 5-Aug | Emails with team Re: oral argument | 0.3 | $ 120.00 | | |
| 9-Aug | Receive and review defense SJ response | 0.5 | $ 200.00 | | |
| 12-Aug | Email from court re hearing date | 0.2 | $ 80.00 | | |
| 15-Aug | Email and t/c with team re: hearing date | 0.3 | $ 120.00 | | |
| 19-Aug | Email with MR re: local rules | 0.2 | $ 80.00 | | |
| 20-Aug | Email from court re hearing date | 0.1 | $ 40.00 | | |
| 21-Aug | Notice from Court | 0.1 | $ 40.00 | | |
| 13-Sep | Prep and File PHV for NJ | 1 | $ 400.00 | | |
| 15-Sep | email with team re: hearing | 0.4 | $ 160.00 | | |
| 16-Sep | hearing at Law School & debrief | 3.2 | $ 1,280.00 | | |
| 16-Sep | Emails with team re: hearing & time | 0.4 | $ 160.00 | | |
| 17-Sep | Receive form order | 0.1 | $ 40.00 | | |

| 18-Sep | Receive & review Order | 0.8 | $ 320.00 | | |
|---|---|---|---|---|---|
| 19-Sep | T/C with MR re: fee/hour tracking | 0.3 | $ 120.00 | | |
| 22-Sep | Emails with MR re: local atty for affidavit | 0.3 | $ 120.00 | | |
| 23-Sep | T/C with Mike Henthorne & MR | 0.6 | $ 240.00 | | |
| 27-Sep | notice from Ct. Re: transcript | 0.1 | $ 40.00 | | |
| | **TOTAL** | 35 | $ 17,760.00 | | |