IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| PUBLIC INTEREST LEGAL FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> HOWARD M. KNAPP, in his official capacity as Executive Director of the South Carolina Election Commission, <br><br> Defendant. | Case No.: 3:24-cv-01276-JFA |

**Defendant's Opposition to Supplemental Motion for Attorneys' Fees**

Howard M. Knapp (Knapp), in his official capacity as Executive Director of the South Carolina Election Commission (SEC),[1] respectfully opposes the supplemental motion for attorneys' fees filed by the Public Interest Legal Foundation, Inc. (PILF), ECF No. 50, for the same reasons set forth in his originally-filed Opposition to Attorneys' Fees and Request to Hold Consideration of the Motion in Abeyance. ECF No. 42. In short, the SEC respectfully asks that the Court hold consideration of PILF's motion in abeyance because the SEC has also filed a motion to reconsider or, in the alternative, to grant relief from the Court's September 18, 2024 Order, ECF No. 38. *See* Fed. R. Civ. P. 59(e), 60(a). Alternatively, if the Court does not believe it appropriate to hold consideration of the motion in abeyance, the SEC respectfully requests that the Court establish a comprehensive briefing schedule to fully flesh out the issues and assertions in PILF's motion. And, alternatively, if the Court believes it appropriate to proceed to consider PILF's

---

[1] Because Knapp is named in his official capacity only, Defendant is identified as the SEC unless otherwise noted.

55951087 v1

motion, there remain deficiencies in that motion that warrant denying the motion in its entirety or, at a minimum, reducing the award.

                Respectfully submitted,

                *s/ Tracey C. Green*
                Mary Elizabeth Crum (Fed. ID No. 372)
                Tracey C. Green (Fed. ID No. 6644)
                Michael R. Burchstead (Fed. ID No. 10297)
                Benjamin R. Jenkins IV (Fed. ID No. 14138)
                BURR & FORMAN LLP
                PO Box 11390
                Columbia, SC 29211
                (803) 799-9800
                lcrum@burr.com
                tgreen@burr.com
                mburchstead@burr.com
                bjenkins@burr.com

                Thomas W. Nicholson (Fed. ID No. 12086)
                STATE ELECTION COMMISSION
                1122 Lady Street, Suite 500
                Columbia, SC 29201
                (803) 734-9063
                tnicholson@elections.sc.gov

                *Counsel for Defendant Howard M. Knapp, in his official capacity as Executive Director of the South Carolina Election Commission*

December 3, 2024
Columbia, South Carolina